

RECEIVED

FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

2003 NOV -3 P 4: 29

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| TIMOTHY HAYES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COMPASS GROUP USA, INC., d/b/a EUREST DINING SERVICES and CARY ORLANDI, | ) ) ) ) |
| Defendants. | ) ) ) |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, defendants Compass Group USA, Inc. ("Compass") and Cary Orlandi ("Orlandi"), move this Court to enter summary judgment on all counts contained in plaintiff, Timothy Hayes' ("Hayes") Complaint because there is no genuine issue of material fact and Compass and Orlandi are entitled to judgment as a matter of law.[1]

Although Hayes claims that he was terminated because of his age (47 years old), and to deny him severance benefits to which he claims entitlement under ERISA, he has identified no evidence that Orlandi, who made the decision to terminate him, harbored any bias toward Hayes because of his age or acted with any intention to deny him benefits to which he was entitled. Likewise, there is no evidence showing that the reason Compass gave for the decision to end Hayes' employment, poor performance, lacks credence or legitimacy.

---

[1] Count I: Alleged Violation of Age Discrimination in Employment Act ("ADEA"); Count II: Alleged Age Discrimination in violation of Connecticut Fair Employment Practices Act; Count III: Alleged violation of Employee Retirement Income Security Act ("ERISA"); Count IV: Alleged Intentional Infliction of Emotional Distress; Count V: Alleged Negligent Infliction of Emotional Distress; Count VI: Alleged Defamation.

**ORAL ARGUMENT REQUESTED**

Hayes also has failed to produce evidence that could support his additional claims alleging defamation and negligent or intentional infliction of emotional distress. Because there is no evidence from which a reasonable person could conclude that the defendants acted unlawfully in terminating Hayes's employment, Compass's motion for summary judgment should be granted in its entirety.

In further support of this Motion, Compass and Orlandi incorporate the accompanying Statement of Undisputed Material Facts and Legal Elements in Support of Defendants' Cross-Motion for Summary Judgment ("SOF"), the Affidavit of Counsel and Defendants' Memorandum In Support of Their Cross-Motion For Summary Judgment.

**WHEREFORE,** defendants Compass Group USA, Inc. and Cary Orlandi request that the Court dismiss the Complaint in its entirety and award Compass and Orlandi their costs in this action.

COMPASS GROUP, USA, INC. and
CARY ORLANDI,
By their attorneys,

Christopher A. Kenney, BBO #556511  ct 25017
Margaret H. Paget, BBO # 567679  ct 25016
Sherin and Lodgen LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 646-2000

Dated: October 30, 2003

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 10-30-03.
overnight

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

-----------------------------------------------x
:
Timothy Hayes :
:
vs. :Civil No. 3:00 cv 973 (AHN)
:
Compass Group USA :
:
-----------------------------------------------x

FILED
2003 NOV -3 P 4: 29
US DISTRICT COURT
BRIDGEPORT CT

## ORDER RETURNING SUBMISSION

The Clerk has received your **Motion for Summary Judgment, Memo in Support, Local Rule 56(a)(1), and Affidavit** however, it is deficient in the area(s) checked below:

(NOTE: L.R. refers to the Local Rules, District of Connecticut)

1. ✔ **L.R.5(b)**   _ No certificate of service attached to pleading
   ✔ **Certificate of service fails to list names and addresses of all parties served**
   _ Certificate of service is not signed

2. _ L.R.5(d)    Failure to submit document under seal

3. _ L.R.10      _ Failure
                 _ Failure
                 _ Margin
                 _ Left ha
                 _ Judge's
                 _ Docket
                 _ Failure
                 _ Holes r

4. _ L.R.68     Failure to

5. _ L.R.83.1(d)  Motion to

6. _ Other

The Clerk is hereby Ordered to retur

*We should accept this but advise atty. that in the future names & addresses must be listed.*

Date: 10/31/03

_____
United States District Judge

(TMS)

rev. 1/1/03