UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2003 NOV -3 P 4: 30

US DISTRICT COURT
BRIDGEPORT CT

TIMOTHY HAYES,                )
                              )
        Plaintiff,            )
                              )   C.A. NO.: 3:00 CV 0973 (AHN) (HBF)
v.                            )
                              )
COMPASS GROUP USA, INC.,      )
d/b/a EUREST DINING SERVICES  )
and CARY ORLANDI,             )
                              )
        Defendants.           )
_____)

**AFFIDAVIT OF CHRISTOPHER A. KENNEY
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY
JUDGMENT ON ALL COUNTS OF PLAINTIFF'S COMPLAINT**

I, Christopher A. Kenney, depose:

1.  I am an attorney duly admitted to practice before the United States District Court for the District of Massachusetts. I represent defendant Compass Group USA, Inc. in this case.

2.  Attached as Tab A is a true and accurate copy of excerpts from the deposition of Cary Orlandi taken on March 9, 2001.

3.  Attached as Tab B is a true and accurate copy of excerpts from the deposition of Timothy Hayes taken on March 8, 2001.

4.  Attached as Tab C is a true and accurate copy of a Profile and Change Form for Timothy Hayes dated December 1996.

5.  Attached as Tab D is a true and accurate copy of a Memorandum from Cary Orlandi to Timothy Hayes dated August 5, 1997.

6.  Attached as Tab E is a true and accurate copy of a Memorandum from

Cary Orlandi to Timothy Hayes dated August 13, 1997.

    7.    Attached as Tab F is a true and accurate copy of a Memorandum from Cary Orlandi to Timothy Hayes dated September 24, 1997.

    8.    Attached as Tab G is a true and accurate copy of a Memorandum from Cary Orlandi to Timothy Hayes dated September 30, 1997.

    9.    Attached as Tab H is a true and accurate copy of a Memorandum from Cary Orlandi to Timothy Hayes dated October 9, 1997.

    10.    Attached as Tab I is a true and accurate copy of a Memorandum from Timothy Hayes to Cary Orlandi dated October 13, 1997.

    11.    Attached as Tab J is a true and accurate copy of a Letter from Timothy Hayes to Cary Orlandi and Bob Kelley dated October 14, 1997.

    12.    Attached as Tab K is a true and accurate copy of a Performance Evaluation for Timothy Hayes dated December 15, 1997.

    13.    Attached as Tab L is a true and accurate copy of a Memorandum from Cary Orlandi dated December 16, 1997.

    14.    Attached as Tab M is a true and accurate copy of a Memorandum from Cary Orlandi to Timothy Hayes dated January 12, 1998.

    15.    Attached as Tab N is a true and accurate copy of a Letter from James Carothers and Cary Orlandi to Robert K. Berg dated March 19, 1998.

    16.    Attached as Tab O is a true and accurate copy of a Memorandum from Timothy Hayes to Cary Orlandi dated March 25, 1998.

    17.    Attached as Tab P is a true and accurate copy of the Declaration of Robert K. Berg dated September 5, 2003.

18. Attached as Tab Q is a true and accurate copy of a Memorandum from Cary Orlandi to Timothy Hayes dated April 13, 1998.

19. Attached as Tab R is a true and accurate copy of a Letter from Connecticut Schools Food Service Directors to Canteen dated May 27, 1998.

20. Attached as Tab S is a true and accurate copy of a Letter from Cary Orlandi to Timothy Hayes dated June 1, 1998.

21. Attached as Tab T is a true and accurate copy of excerpts from the deposition of Timothy Hayes taken on September 16, 2003.

22. Attached as Tab U is a true and accurate copy of excerpts from the deposition of Timothy Hayes taken on July 5, 2001.

23. Attached as Tab V is a true and accurate copy of Compass employee demographic information.

24. Attached as Tab W is a true and accurate copy of Plaintiff's Responses to Defendants' Second Set of Interrogatories, No. 7.

25. Attached as Tab X is a true and accurate copy of Defendants' Second Set of Interrogatories, No. 9.

26. Attached as Tab Y is a true and accurate copy of the Complaint in this action, dated May 25, 2000.

27. Attached as Tab Z is a true and accurate copy of the Compass Group Employee Data Sheet of Cary Orlandi, dated January 2, 2003.

Signed under the pains and penalties of perjury this 30th day of October, 2003.

Christopher A. Kenney

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail(by hand) on 10-30-03.