FILED

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2003 NOV 17 P 12: 16

US DISTRICT COURT
BRIDGEPORT CT

| | |
|---|---|
| TIMOTHY HAYES<br>           Plaintiff | CIVIL ACTION NO:<br>3:00CV0973(AHN)(HBF) |
| v. | |
| COMPASS GROUP USA, INC.,<br>d/b/a  EUREST DINING SERVICES<br>and CARY ORLANDI<br>           Defendants | November 14, 2003 |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6 of the Federal Rules of Procedure and Local Rule 9(b) the plaintiff in the above-captioned matter respectfully moves for the initial extension of time of 30 days which may be granted by the clerk as provided for in Local Rule 9(b)(1), representing as follows:

    1) The plaintiff received a 220 page Motion for Summary Judgment from the defendant on October 31, 2003.

    2) Local Rule 9(b)(1) provides for 21 days within which to file required responses to a motion for summary judgment.

    3) Previous professional and personal commitments of counsel for the plaintiff precludes plaintiff's counsel from preparing and filing an appropriate response to the defendant's Motion for Summary Judgment.

4) The undersigned has inquired of Attorney Kenney as to the defendant's position on this motion for extension of time and he has indicated he has no objection to this Motion.

5) This is the first request for extension of time within which to respond to the defendant's Motion for Summary Judgment.

6) Based on Local Rule 9(b)(1) and Federal Rule 6(e) the undersigned calculates the plaintiff's response to the defendant's Motion for Summary Judgment, absent extension, is due on November 21, 2003.

Wherefore, the plaintiff respectfully requests an extension of time pursuant to Local Rule 9(b)(1) to December 19, 2003.

                    PLAINTIFF
                    TIMOTHY HAYES

                    Stephen F. McEleney
                    His Attorney
                    McEleney & McGrail
                    363 Main Street
                    Hartford, CT 06106
                    Federal Bar No: ct040730
                    Telephone No: (860) 249-1400
                    Facsimile No: (860) 549-5865
                    E-mail: stephen@mceleneylaw.com

## CERTIFICATION

I certify that a copy of the foregoing was sent via first class U.S. mail to the following counsel of record this 14th day of November, 2003:

Christopher A. Kenney
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Margaret H. Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Fred Frangie
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

Honorable Holly B. Fitzsimmons
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

Stephen F. McEleney