49

**FILED**

UNITED STATES DISTRICT COURT    2003 NOV 17 P 12: 16

DISTRICT OF CONNECTICUT    US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| TIMOTHY HAYES | : | CIVIL ACTION NO: _me_ |
| Plaintiff | : | 3:00CV0973(AHN)(HBF) |
| | : | |
| v. | : | |
| | : | |
| COMPASS GROUP USA, INC., | : | |
| d/b/a  EUREST DINING SERVICES | : | |
| and CARY ORLANDI | : | November 14, 2003 |
| Defendants | : | |

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6 of the Federal Rules of Procedure and Local Rule 9(b) the plaintiff in the above-captioned matter respectfully moves for the initial extension of time of 30 days which may be granted by the clerk as provided for in Local Rule 9(b)(1), representing as follows:

1) The plaintiff received a 220 page Motion for Summary Judgment from the defendant on October 31, 2003.

2) Local Rule 9(b)(1) provides for 21 days within which to file required responses to a motion for summary judgment.

3) Previous professional and personal commitments of counsel for the plaintiff precludes plaintiff's counsel from preparing and filing an appropriate response to the defendant's Motion for Summary Judgment.

*Motion GRANTED. It is SO ORDERED.*

11/20/2003

*30 DAY EXTENSIONS DENIED.*

2003 NOV 24 P 1: 46
US DISTRICT
BRIDGEPORT CT