FILED

UNITED STATES DISTRICT COURT

2003 DEC 19  A 11: 03

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY HAYES | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:00CV0973(AHN)(HBF) |
| | : | |
| v. | : | |
| | : | |
| COMPASS GROUP USA, INC., | : | |
| d/b/a EUREST DINING SERVICES | : | |
| and CARY ORLANDI | : | December 19, 2003 |
| Defendants | : | |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN WHICH
TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Procedure and Local Rule 9(b) the plaintiff in the above-captioned matter respectfully moves for the second extension of time of 14 days within which to respond to the defendants' Motion for Summary Judgment, representing as follows:

1) The plaintiff received a 220 page Motion for Summary Judgment from the defendant on October 31, 2003.

2) On November 14, 2003 the plaintiff filed his initial Motion for Extension of Time, for 30 days, which the clerk is empowered to grant, and did grant pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure. Therefore, this is the second request for extention.

3) Some of the documents disclosed by the defendants to the plaintiff were disclosed under Court-ordered seal and can only be viewed by the plaintiff, Timothy Hayes, upon consent of the defendants. In reviewing the extensive documentation involved in this case in preparation for response to the Motion for Summary Judgment, plaintiff's counsel determined Mr. Hayes should review some of the documents in order to determine whether or not there is information which should be included in the plaintiff's response. On December 2, 2003 plaintiff's counsel faxed a request to defendants' counsel seeking authorization for Mr. Hayes to review specified documents. Plaintiff's counsel received the authorization for Mr. Hayes to review the documents on December 16, 2003, 14 days later. Given the impending holidays, it is difficult to schedule a conference with the plaintiff, in plaintiff's counsel's office (as would be required), in order to examine and consider the documents. For this reason, and the need to complete certain portions of the response, plaintiff's counsel requests a 14-day additional extension within which to respond to the Motion for Summary Judgment.

4) On December 18, 2003 Attorney Christopher A. Kenney consented to the 14-day extension requested herein, on the condition the time within which the defendants have to respond is extended to January 16, 2004. The plaintiff agrees with this condition.

5) A trial date has not been set.

Wherefore, the plaintiff respectfully requests an extension of time within which to respond to the defendant's Motion for Summary Judgment to January 2, 2004, and an extension

within which the defendant may reply, to January 16, 2004.

PLAINTIFF
TIMOTHY HAYES

_____
Stephen F. McEleney
His Attorney
McEleney & McGrail
363 Main Street
Hartford, CT 06106
Federal Bar No: ct040730
Telephone No: (860) 249-1400
Facsimile No: (860) 549-5865
E-mail: stephen@mceleneylaw.com

## CERTIFICATION

I certify that a copy of the foregoing was sent via first class U.S. mail to the following counsel of record this 19th day of December, 2003:

Christopher A. Kenney, Margaret H. Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Fred Frangie
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

Honorable Holly B. Fitzsimmons
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Stephen F. McEleney