51

00CV973MEXTTIME
FILED

UNITED STATES DISTRICT COURT
2003 DEC 19 A 11: 03
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES<br>    Plaintiff | CIVIL ACTION NO:<br>3:00CV0973(AHN)(HBF) |
| v. | |
| COMPASS GROUP USA, INC.,<br>d/b/a EUREST DINING SERVICES<br>and CARY ORLANDI<br>    Defendants | December 19, 2003 |

**PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6 of the Federal Rules of Procedure and Local Rule 9(b) the plaintiff in the above-captioned matter respectfully moves for the second extension of time of 14 days within which to respond to the defendants' Motion for Summary Judgment, representing as follows:

1) The plaintiff received a 220 page Motion for Summary Judgment from the defendant on October 31, 2003.

2) On November 14, 2003 the plaintiff filed his initial Motion for Extension of Time, for 30 days, which the clerk is empowered to grant, and did grant pursuant to Rule 9(b)(1) of the Local Rules of Civil Procedure. Therefore, this is the second request for extention.

12/22/03. GRANTED. SO ORDERED.
ALAN H. NEVAS, U.S.D.J.