UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES,<br><br>Plaintiff,<br><br>-against-<br><br>COMPASS GROUP USA, INC., d/b/a EUREST DINING SERVICES and CARY ORLANDI,<br><br>Defendants. | Case No.: 3:00CV0973 (AHN) (HBF)<br><br>JANUARY 21, 2004 |

## MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT

Pursuant to D. Conn. L. Civ. R. 7(b)2, defendants Compass Group USA, Inc. ("Compass Group") and Cary Orlandi (collectively "defendants") move for leave to file the accompanying Reply to Plaintiff's Opposition To Summary Judgment, as well as the Affidavit of Counsel and a related Motion to Strike, one day after expiration of the deadline for filing the reply. In support of this motion, defendants state:

1. Counsel for defendants has attempted to confer with counsel for plaintiff to obtain his assent to this motion, but has been unable to reach plaintiff's counsel (defendants are informed that plaintiff's counsel has been in court and unable to respond).

2. The deadline for filing reply papers in connection with defendants' motion for summary judgment was January 20, 2004. Defendants' reply (and accompanying submissions) was drafted by trial counsel in Boston and reviewed by Connecticut counsel. The reply, together with a related motion to strike certain of plaintiff's exhibits from the record, was finalized and electronically transmitted to Connecticut counsel at approximately 2:30 p.m. on January 20,

2004, for execution and filing. The supporting affidavit of counsel arrived at Connecticut counsel's office by overnight delivery earlier that same day. At the time of this e-mail transmission, however, Connecticut counsel was defending a deposition in Sandy Hook, Connecticut. Although it was anticipated that the deposition would conclude early enough to allow counsel to return to his office in Stamford, review and sign the pleadings, and have them delivered to the Court by messenger before the Clerk's office closed, the court reporter arrived late for the deposition and had scheduling complications and, as a result of this and the unexpected scope of the examination, the deposition did not conclude until after 3:00 p.m. Connecticut counsel did not arrive back at his office in Stamford until after 4:30 p.m., at which point it was too late to have the papers filed in Bridgeport.

3. The reply and accompanying submissions, including the motion to strike, have not been altered since transmitted by Boston counsel at approximately 2:30 p.m. on January 20, 2004, and the affidavit of counsel was already signed when it arrived at the office of Connecticut counsel earlier that day. Connecticut counsel served these papers on plaintiff's counsel by Federal Express, overnight delivery, on January 20, 2004, and received an e-mail confirming delivery on January 21, 2004, at 9:26 a.m. Consequently, no prejudice would inure to plaintiff by virtue of an Order granting the instant motion.

4. This is defendants' first request for an extension of the deadline for filing reply papers in connection with their motion for summary judgment. Plaintiff, however, has twice filed motions for an extension of time to submit his opposition, to which defendants assented. The Court granted both of plaintiff's extensions.

For the foregoing reasons, and for good cause having been shown, defendants respectfully request that the Court grant this motion and permit defendants to file the accompanying reply brief, together with the affidavit of counsel and a related motion to strike.

Respectfully submitted,

THE DEFENDANTS,
COMPASS GROUP USA, INC. and CARY ORLANDI

By their attorneys,

_____
Lawrence Peikes (ct 07913)
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901-3234
(203) 363-7600
(203) 363-7676 (fax)

-and-

Christopher A. Kenney (ct25017)
Margaret H. Paget (ct25016)
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110
(617) 646-2000

## CERTIFICATE OF SERVICE

This is to certify that on the 21st day of January, 2004, a true and correct copy of the foregoing MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT was served via facsimile transmission and first-class U.S., postage pre-paid, on the following:

>Stephen McEleney, Esq.
>McEleney & McGrail
>363 Main Street
>Hartford, Connecticut 06106

_____
Lawrence Peikes

\14926\1\82116.1