UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

| | |
|---|---|
| TIMOTHY HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMPASS GROUP USA, INC., | ) |
| d/b/a EUREST DINING SERVICES | ) |
| and CARY ORLANDI, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT**

I, Christopher A. Kenney, on my oath swear and depose:

1. I am a member of the firm Sherin and Lodgen LLP in Boston, Massachusetts and am duly admitted, pro hac vice, to practice before the Untied States District Court for the District of Connecticut. I represent defendants Compass Group USA, Inc. and Cary Orlandi in this matter.

2. On Tuesday, January 20, 2004, the deadline for filing a reply to plaintiff's Opposition to summary judgment, I learned that our local counsel in Connecticut had been unable to file the reply by the deadline. I therefore contacted Stephen McEleney, Esquire, counsel for plaintiff Timothy Hayes, to seek his assent to our request for a one-day extension of time to file the reply. Mr. McEleney and I exchanged several voice mail messages, but were unable to confer until later the next day, Wednesday, January 21, 2004. During our telephone

conversation on January 21, Mr. McEleney informed me that he will assent to our motion requesting the one-day extension to file the reply.

Signed under the penalties of perjury this 21st day of January, 2004.

_____
Christopher A. Kenney, Fed. Bar #CT25017

## CERTIFICATE OF SERVICE

      I hereby certify that on January 22, 2004, I served a true copy of the Affidavit of Counsel in Support of Defendants' Motion for One-Day Extension of Time to File Reply to Plaintiff's Opposition to Summary Judgment, by fax and overnight mail, upon counsel for plaintiff, Stephen McEleney, Esquire.

                                                       _____
                                                      Lawrence Peikes