disk.
60

00cv973m extend

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

FILED

2004 JAN 21 P 3: 49

US DISTRICT COURT
BRIDGEPORT CT

TIMOTHY HAYES,

    Plaintiff,

-against-

COMPASS GROUP USA, INC., d/b/a EUREST DINING SERVICES and CARY ORLANDI,

    Defendants.

Case No.: 3:00CV0973 (AHN) (HBF)

JANUARY 21, 2004

**MOTION FOR ONE-DAY EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT**

1/29/04 GRANTED
SO ORDERED.
ALAN H. NEVAS, U.S.D.J.

Pursuant to D. Conn. L. Civ. R. 7(b)2, defendants Compass Group USA, Inc. ("Compass Group") and Cary Orlandi (collectively "defendants") move for leave to file the accompanying Reply to Plaintiff's Opposition To Summary Judgment, as well as the Affidavit of Counsel and a related Motion to Strike, one day after expiration of the deadline for filing the reply. In support of this motion, defendants state:

    1.    Counsel for defendants has attempted to confer with counsel for plaintiff to obtain his assent to this motion, but has been unable to reach plaintiff's counsel (defendants are informed that plaintiff's counsel has been in court and unable to respond).

    2.    The deadline for filing reply papers in connection with defendants' motion for summary judgment was January 20, 2004. Defendants' reply (and accompanying submissions) was drafted by trial counsel in Boston and reviewed by Connecticut counsel. The reply, together with a related motion to strike certain of plaintiff's exhibits from the record, was finalized and electronically transmitted to Connecticut counsel at approximately 2:30 p.m. on January 20,