FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 OCT 25  A 11: 45

U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| TIMOTHY HAYES | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:00CV0973(AHN)(HBF) |
| v. | : | |
| COMPASS GROUP USA, INC., d/b/a EUREST DINING SERVICES and CARY ORLANDI | : | October 22, 2004 |
| DEFENDANT | : | |

### PLAINTIFF'S MOTION FOR EXTENSION OF TIME
### TO FILE MOTION FOR RECONSIDERATION

1) On October 15, 2004, the undersigned first received a copy of the Court's Ruling on the Defendants' Motion for Summary Judgment.

2) Upon receipt of said ruling, the undersigned promptly transmitted a copy to co-counsel for the plaintiff, Frederick Frangie, Esq.

3) Upon review and consultation between co-counsel for the plaintiff it has been determined a Motion for Reconsideration would be appropriate under Local Rule 7(c) on the Court's Ruling on the defendants' Motion for Summary Judgment.

4) Good cause exists for the granting of this Motion for Extension of Time, in that:

-1-

    A) Although the Ruling was apparently filed in the clerk's office on October 8, 2004, counsel for the plaintiff did not receive the ruling until October 15, 2004, thus depriving the plaintiff of a full week within which to respond.

    B) In that counsel for the plaintiff are not in the same office, time was necessary for co-counsel for the plaintiff to consult concerning the filing of such motion.

    C) Even if a decision had been made immediately upon receipt of the ruling, one weeks time was insufficient within which to prepare the Motion for Reconsideration given the work necessary, the professional commitments of both attorneys for the plaintiff and absence from the office on October 21, 2004 by the undesigned as a result of illness.

5)    On October 22, 2004, the undersigned attempted to contact Attorney Margaret Paget and Attorney Chris Kenney at the office of counsel for the defendant in an attempt to determine the position of the defendants on this Motion.  Neither Attorney Paget nor Attorney Kenney were in the office on October 22, 2004.

6)    The undersigned did contact Lawrence Peikes, Esq. of Stamford, Connecticut, local counsel for the defendants in the above-captioned matter, in regard to the request for extension. Attorney Peikes indicated he felt he did not have the authority to either grant consent or object to the request for extension without consultation with either Attorney Kenney or Attorney Paget.

WHEREFORE, the plaintiff respectfully moves for an extension of time within which to file a Motion for Reconsideration of the Court's Ruling on the defendants' Motion for Summary Judgment to November 2, 2004.

                                Respectfully submitted,

                                PLAINTIFF
                                TIMOTHY HAYES

By: _____
        Stephen P. McEleney
        Federal Bar No: ct040730
        McEleney & McGrail
        363 Main Street
        Hartford, CT 06106
        Telephone No: (860) 249-1400
        Facsimile No: (860) 549-5865
        E-mail: stephen@mceleneylaw.com

**CERTIFICATION**

I certify that a copy of the foregoing was sent via facsimile to the following counsel of record this 22nd day of October, 2004:

Christopher A. Kenney
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Margaret H. Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Frederick Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

Honorable Holly B. Fitzsimmons
United States District Court
915 Lafayette Boulevard
Bridgeport, CT 06604

_____
Stephen F. McEleney