UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Timothy Hayes,<br>    Plaintiff, | : | 3:00cv973 (AHN) |
| v. | : | |
| Officer Hancock,<br>    Defendant. | : | |

### REFERRAL TO MAGISTRATE JUDGE

The captioned is referred to Magistrate Judge Holly B. Fitzsimmons for the following purposes:

\_\_\_ All purposes including trial upon written request by all parties (orefcs.)

\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_ To supervise discovery and resolve discovery disputes. (orefmisc./dscv)

\_\_\_ A ruling on the following pending motions:

XXX A settlement conference   (orefmisc/cnf)

\_\_\_ A scheduling conference   (orefmisc/cnf)

\_\_\_ Other: Status Conference (orefmisc./misc)

So Ordered.

_____
Alan H. Nevas,
Senior U.S. District Judge

Dated this 2nd day of November, 2004, at Bridgeport, Connecticut.