FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 NOV -8  P 2: 09

U.S. DISTRICT COURT

| | |
|---|---|
| TIMOTHY HAYES<br>        Plaintiff<br>v.<br><br>COMPASS GROUP USA, INC.,<br>d/b/a EUREST DINING SERVICES<br>and CARY ORLANDI<br>        Defendants | CIVIL ACTION NO:<br>3:00CV0973(AHN)(HBF)<br><br><br><br>November 5, 2004 |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE A JOINT TRIAL MEMORANDUM

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7(b) the Plaintiff in the above-captioned matter respectfully moves for an extension of time within which to file a Joint Trial Memorandum consistent with the Standing Order Regarding Trial Memoranda In Civil Case under the appendix to the local rules. The Plaintiff represents as follows:

    1) In their joint scheduling order the parties established, and the court ordered, that the aforesaid Joint Trial Memorandum be filed within thirty (30) days after the Court rules on any dispositive motions.

    2) The Court's ruling on the Defendants' Motion for Summary Judgment was filed on October 8, 2004 and thus the Joint Trial Memorandum is due November 8, 2004.

3) At the scheduling conference on November 2, 2004 the Court set February 18, 2005 as the date for jury selection in the above-captioned matter.

4) The Court also scheduled a settlement conference with Judge Fitzsimmons on January 12, 2005.

5) The parties jointly request a postponement of the deadline for filing the Joint Trial Memorandum to January 24, 2005.

6) Based on a telephone conference, this date, with Attorney Margaret Paget, attorney for the Defendants, the parties are in agreement that the deadline for filing the Joint Trial Memorandum may be extended to January 24, 2005, shortly following the settlement conference but in sufficient time prior to commencement of trial.

Wherefore, the Plaintiff respectfully moves for good cause that the Court extend the deadline for filing the Joint Trial Memorandum to January 24, 2005.

PLAINTIFF
TIMOTHY HAYES

_____
Stephen F. McEleney
Federal Bar No: ct040730
McEleney & McGrail
363 Main Street
Hartford, CT 06106
His Attorney
Telephone No: (860) 249-1400
Facsimile No: (860) 549-5865
E-mail: stephen@mceleneylaw.com

## CERTIFICATION

I certify that a copy of the foregoing was sent via first class U.S. mail to the following counsel of record this 5th day of November, 2004:

Christopher A. Kenney
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Margaret H. Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

_____
Stephen F. McEleney