UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 15 P 1:00
U.S. DISTRICT COURT

| | |
|---|---|
| TIMOTHY HAYES<br>          Plaintiff<br>v.<br><br>COMPASS GROUP USA, INC.,<br>d/b/a EUREST DINING SERVICES<br>and CARY ORLANDI<br>          Defendants | CIVIL ACTION NO:<br>3:00CV0973(AHN)(HBF)<br><br><br>November 10, 2004 |

### MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 15, the undersigned counsel hereby moves to have her appearance on behalf of the plaintiff, Timothy Hayes, withdrawn due to the fact that the undersigned is no longer employed by McEleney & McGrail and, therefore, is no longer representing the plaintiff. The plaintiff will continue to be represented by Stephen F. McEleney, Esq. of McEleney & McGrail, 363 Main Street, Hartford, CT 06106.

RESPECTFULLY SUBMITTED,

BY: _____
Karen K. Buffkin
Federal Bar No. ct15430

## CERTIFICATION

This is to certify that on this 12th day of November, 2004, a copy of the foregoing WITHDRAWAL has been mailed, first class postage prepaid, to counsel of record addressed as appears below:

Christopher A. Kenney
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Margaret H. Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

_____
Karen K. Buffkin