FILED

2004 NOV -8 P 2: 09

U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY HAYES | : | CIVIL ACTION NO: |
|     Plaintiff | : | 3:00CV0973(AHN)(HBF) |
| v. | : | |
| | : | |
| COMPASS GROUP USA, INC., | : | |
| d/b/a  EUREST DINING SERVICES | : | |
| and CARY ORLANDI | : | November 5, 2004 |
|     Defendants | : | |
| | : | |

SO ORDERED    11/15 , 2004    GRANTED
ALAN H. NEVAS

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME
## WITHIN WHICH TO FILE A JOINT TRIAL MEMORANDUM

Pursuant to Rule 6 of the Federal Rules of Civil Procedure and Local Rule 7(b) the

Plaintiff in the above-captioned matter respectfully moves for an extension of time within which

to file a Joint Trial Memorandum consistent with the Standing Order Regarding Trial

Memoranda In Civil Case under the appendix to the local rules.  The Plaintiff represents as

follows:

1) In their joint scheduling order the parties established, and the court ordered,

that the aforesaid Joint Trial Memorandum be filed within thirty (30) days after the Court rules

on any dispositive motions.

2) The Court's ruling on the Defendants' Motion for Summary Judgment was

filed on October 8, 2004 and thus the Joint Trial Memorandum is due November 8, 2004.