motwd

74

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 NOV 15 P 1:00
U.S. DISTRICT COURT

| | | |
|---|---|---|
| TIMOTHY HAYES | : | CIVIL ACTION NO: |
| Plaintiff | : | 3:00CV0973(AHN)(HBF) |
| | : | |
| COMPASS GROUP USA, INC., | : | |
| d/b/a EUREST DINING SERVICES | : | |
| and CARY ORLANDI | : | November 10, 2004 |
| Defendants | : | |

12/1/20.04 GRANTED
SO ORDERED
ALAN H. NEVAS, U.S.D.J.

### MOTION TO WITHDRAW APPEARANCE OF COUNSEL

Pursuant to Local Rule 15, the undersigned counsel hereby moves to have her appearance on behalf of the plaintiff, Timothy Hayes, withdrawn due to the fact that the undersigned is no longer employed by McEleney & McGrail and, therefore, is no longer representing the plaintiff. The plaintiff will continue to be represented by Stephen F. McEleney, Esq. of McEleney & McGrail, 363 Main Street, Hartford, CT 06106.

RESPECTFULLY SUBMITTED,

BY: _____
Karen K. Buffkin
Federal Bar No. ct15430

FILED
2004 DEC -3 P 3:58
U.S. DISTRICT COURT
BRIDGEPORT, CONN