UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES,<br><br>Plaintiff,<br><br>-versus-<br><br>COMPASS GROUP USA, INC., d/b/a EUREST DINING SERVICES and CARY ORLANDI,<br><br>Defendants. | Case No.: 3:00CV0973 (AHN) (HBF)<br><br><br><br><br><br>JANUARY 26, 2005 |

### APPLICATION OF LOCAL COUNSEL TO BE EXCUSED FROM ATTENDANCE IN COURT

Pursuant to D. Conn. L. Civ. R. 83.1(d)1, undersigned local counsel of record for defendants Compass Group USA, Inc. ("Compass Group") and Cary Orlandi (collectively "defendants") hereby applies for permission to be excused from attendance in court in connection with the above-captioned suit. In support of said application, counsel states as follows:

Jury selection in this employment discrimination case is scheduled to be conducted on Friday, February 18, 2005, and trial is set to begin on the following Monday, February 21, 2005. Throughout the course of this litigation, defendants' visiting counsel, currently Christopher Kenney, Esq. and Margaret Paget, Esq. of Sherin and Lodgen LLP, have maintained primary responsibility for defending this action. By Order dated July 22, 2003, Attorneys Kenney and Paget were admitted to practice before this Court for purposes of representing defendants in this particular case. Shortly thereafter, both visiting lawyers entered their appearances on behalf of defendants.

**ORAL ARGUMENT NOT REQUESTED**

Attorneys Kenney and Paget, and their Firm, have a longstanding relationship with Compass Group, and have represented Compass Group in other lawsuits alleging similar claims of employment discrimination. While local counsel has carefully monitored the proceedings, Attorneys Kenney and Paget have maintained primary responsibility for the representation of defendants' in this case and, per defendants' wishes, will serve as lead counsel for defendants at trial. Accordingly, defendants respectfully submit that the presence of local counsel at the trial and related proceedings is not necessary to the defense of this action, and would serve to impose an undue expense on defendants.

For these reasons, undersigned counsel respectfully requests that this application to be excused from appearing in Court be granted.

Respectfully submitted,

THE DEFENDANTS,
COMPASS GROUP USA, INC. and CARY ORLANDI

_____
Lawrence Peikes (ct 07913)
Wiggin and Dana LLP
Their Attorneys
400 Atlantic Street
Stamford, CT 06901-3234
(203) 363-7600
(203) 363-7676 (fax)

-and-

Christopher A. Kenney (ct25017)
Margaret H. Paget (ct25016)
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

2

## CERTIFICATE OF SERVICE

This is to certify that on the 26th day of January, 2005, a true and correct copy of the foregoing APPLICATION OF LOCAL COUNSEL TO BE EXCUSED FROM ATTENDANCE IN COURT was served via first-class U.S., postage pre-paid, on the following:

>Stephen McEleney, Esq.
>McEleney & McGrail
>363 Main Street
>Hartford, Connecticut 06106

_____
Lawrence Peikes

\14926\1\97422.1