FILED

2005 FEB -3 A 10: 01

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Timothy Hayes : CIVIL ACTION NO.: 3: 00cv0973(AHN)(HBF)
    Plaintiff :
     :
versus :
     :
COMPASS GROUP USA, INC., d/b/a :
EUREST DINING SERVICE and :
CARI ORLANDI : FEBRUARY 2, 2005
    Defendants :

## PLAINTIFF'S WITNESS LIST

Pursuant to this Honorable Court's Pre Trial Order dated November 3, 2004, the Plaintiff, Timothy Hayes ("Mr. Hayes"), through his legal counsel, hereby submits a list of witnesses, not including rebuttal witnesses, that he intends to call at the time of trial:

1. Mr. Timothy Hayes
2. Mr. Cary Orlandi
3. Mr. Saverino Correalle
4. Mr. Joseph Wawrzynski
5. Mr. Wayne Patick
6. Mr. Brian Jendrzejczyk
7. Mr. Mark Katona
8. Mr. Anthony Manganello
9. Mr. Phillip Canning
10. Mr. Thomas Pietrantonio
11. Mr. Paul D'Amico
12. Mr. Mark Hannon
13. Ms. Ann Lavergne

14. Mr. Stephen Gaber
15. Mr. Christopher Ashcroft
16. Mr. Edward Sanchez
17. Mr. Lou Fiorillo
18. Mr. Steven J. Shapiro, Ph.D.

PLAINTIFF
TIMOTHY HAYES

_____
Stephen E. McEleney
Federal Bar No. ct04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
Telephone No.: (860) 249-1400
Facsimile No.: (860) 549-5865
stephen@mceleneylaw.com

## CERTIFICATION

I HEREBY CERTIFY, that a copy of Plaintiff's Witness List has been expressed mailed on this 2nd day of February, 2005 to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

And mailed, first class postage prepaid, to:

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

By _____
Stephen R. McEleney, Esq.