UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Timothy Hayes<br>    Plaintiff | :    CIVIL ACTION NO.:3: 00cv0973 (AHN)(HBF) |
| versus | : |
| COMPASS GROUP USA, INC., d/b/a<br>EUREST DINING SERVICE and<br>CARI ORLANDI<br>    Defendants | :<br>:<br>:    FEBRUARY 2, 2005 |

### PLAINTIFF'S LIST OF INTERROGATORIES, ANSWERS THERETO, DEPOSITIONS, ETC.

Pursuant to paragraph 7 of the Court's Pretrial Order, the Plaintiff hereby submits the following list of Interrogatories, Answers thereto, Depositions and Request to Admit which the Plaintiff intends to offer at trial for purposes other than impeachment or cross-examination:

1) The Defendant's Responses to the Plaintiffs Request for Admissions dated November 13, 2000, as follows: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 24, 25, 26, 28, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 42, 43, 44, 45, 46, 48, 49, 50, 51, 53, 54, 55, 56, 57, 59, 60, 61, 62, 64, 65, 66, 67, 69, 70, 71, 72, 73, 76 and 77.

2) The Defendant's responses to the Plaintiff's First Request for Production dated November 10, 2000 as follows: 1, 2, 3, 5, 6, 8, 9, 10, 11, 13, 14, 16, 17, 18, 23, 24, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 42, 43, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 62, 66, 67, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 115, 116 and 117.

3) The Defendant's responses to the Plaintiff's Second Request for Production dated January 19, 2001 as follows: 1, 2, 3 and 4.

4) The Defendant's responses to the Plaintiff's Third Request for Production dated September 30, 2001 as follows: 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 19, 20, 21, 22 and 23.

5) The Defendant's responses to the Plaintiff's Interrogatories dated November 21, 2000 as follows: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 14.

6) Depositions as follows:

1. Exerpts Deposition - Mr. Orlandi - 3/9/01 (pgs 67-70, 104-108, 139-142)

2. Exerpts Deposition - Mr. Gaber - 4/25/01 (pgs 4-16, 61-80)

3. Exerpts Deposition - Mr. Nichols in <u>Canning v. Compass Group, et al</u> 5/16/01 (pgs 1-4, 57-68)

4. Exerpts Deposition - Mr. Orlandi in <u>Canning v. Compass Group, et al</u> 1/12/01 (pgs 1-4, 5-12, 21-24, 69-72, 109-120)

5. Exerpts Deposition - Mr. Orlandi - 7/6/01 (pgs 8-21, 98-101, 126-127, 152-153, 163-164, 280-285)

PLAINTIFF
TIMOTHY HAYES

_____
Stephen F. McEleney
Federal Bar No. ct04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
Telephone No.: (860) 249-1400
Facsimile No.: (860) 549-5865
stephen@mceleneylaw.com

## CERTIFICATION

     I HEREBY CERTIFY, that a copy of Plaintiff's List of Interrogatories, Answers thereto, Depositions, etc. has been expressed mailed on this 2nd day of February, 2005 to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

And mailed, first class postage prepaid, to:

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

By _____
Stephen F. McEleney, Esq.