UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES,<br><br>  Plaintiff,<br><br>v.<br><br>COMPASS GROUP USA, INC.,<br>d/b/a EUREST DINING SERVICES<br>and CARY ORLANDI,<br><br>  Defendants. | C.A. No.: 3:00 CV 0973 (AHN) (HBF) |

## DEFENDANTS' PROPOSED WITNESSES

1. Cary Orlandi, Regional Vice President
   Compass Group USA, Inc.
   Eurest Dining Services
   135 Beaver Street
   Waltham, MA 02452

2. George Wybieralla, Regional Controller
   Compass Group USA, Inc.
   Eurest Dining Services
   135 Beaver Street
   Waltham, MA 02452

3. Robert Kelley, Regional Vice President for Vending
   Compass Group USA, Inc.
   155 Industrial Park Road
   Middleton, CT 06457

4. Steven Gaber, Human Resources Manager
   Chartwells School Dining Services
   Compass Group USA, Inc.
   104 Interchange Plaza, Suite 102
   Monroa Township, NJ 08831

5. Christopher Ashcroft, Vice President of Human Resources
   Compass Group USA, Inc.
   2400 Yorkmont Road
   Charlotte, NC 28217

{00052084.DOC /}

6.  Steve Berzansky
    Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, NC 28217

7.  Edward Baia
    Compass Group USA, Inc.
    Eurest Dining Services
    135 Beaver Street
    Waltham, MA 02452

8.  Thomas Hughes
    Compass Group USA, Inc.
    Eurest Dining Services
    135 Beaver Street
    Waltham, MA 02452

9.  John Edick
    Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, NC 28217

10. George Thorell, Regional Controller
    Compass Group USA, Inc.
    6 Jennifer Lane
    Auburn, New Hampshire

11. Robert Berg
    c/o Asnuntuck Community College
    43 Currier Way
    Cheshire, CT

12. Kathy Hayes
    1092 High Road
    Kensington, CT

13. Keeper of Records for Host America

Compass reserves the right to supplement this list to include any individuals necessary to rebut testimony of plaintiffs' witnesses that could not be reasonably anticipated pending the Court's ruling on Compass's Motion in Limine to preclude evidence about the alleged terminations of other Compass employees.

|  |  |
|---|---|
|  | COMPASS GROUP, USA, INC. and<br>CARY ORLANDI, |
|  | By their attorneys, |
|  | _____<br>Christopher A. Kenney, Fed. Bar # CT25017<br>Margaret H. Paget, Fed. Bar # CT25016<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110 |
| Dated: February 8, 2005 | (617) 646-2000 |
|  | -and- |
|  | /s/ _____<br>Lawrence Peikes (ct07913)<br>Wiggin & Dana LLP<br>400 Atlantic Street<br>P.O. Box 110325<br>Stamford, CT 06911-03251 |

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Proposed Witnesses, was served by Federal Express overnight delivery service on the following:

> Stephen F. McEleney, Esq.
> McEleney & McGrail
> 363 Main Street
> Hartford, CT 06106

_____
Lawrence Peikes