UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>COMPASS GROUP USA, INC., )<br>d/b/a EUREST DINING SERVICES )<br>and CARY ORLANDI, )<br>)<br>    Defendants. )<br>) | C.A. No.: 3:00 CV 0973 (AHN) (HBF) |

**DEFENDANTS' PROPOSED EXHIBIT LIST**

| | Date | Bates Number | Description |
|---|---|---|---|
| 1. | 1/1996 | COM 45-46 | Dec./Jan. 1996 Hayes Performance Evaluation |
| 2. | 2/26/96 | COM 47 | Hayes Employee Profile and Change Form with Effective Date of 4/15/96 |
| 3. | 12/23/96 | COM 120-122 | Hayes Performance Evaluation |
| 4. | 3/14/97 | Hayes Deposition – Exhibit T | Letter to John F. MacDonald from Cynthia D. LaWare, The Lane Press, Inc. |
| 5. | 3/27/97 | Hayes Production | Memo from Hayes to Orlandi re: Electric Boat Account |
| 6. | 7/2/97 | Hayes Production | Memo from Hayes to Orlandi re: Electric Boat |
| 7. | 8/5/97 | COM 31-44 | Memo from Orlandi to Hayes re: Poor Performing Accounts |
| 8. | 8/13/97 | COM 26-30 | OCM Customer Satisfaction Survey: Dow Jones Account |
| 9. | 8/13/97 | COM 25 | Memo from Orlandi to Hayes re: Dow Jones Account |

{00051836.DOC / 3}

| | | | |
|---|---|---|---|
| 10. | 9/24/97 | COM 21-24 | Memo from Orlandi to Hayes re: Accounting Practices |
| 11. | 9/30/97 | COM 161 | Memo from Orlandi to Hayes re: Financials |
| 12. | 10/9/97 | COM 4-5 | Memo from Orlandi to Hayes Regarding Electric Boat |
| 13. | 10/13/97 | COM 174-75 | Memo from Hayes to Orlandi re: Electric Boat |
| 14. | 10/13/97 | Hayes Deposition – Exhibit P | Memo from Hayes to District Managers re: 1997 Operating Results |
| 15. | 10/14/97 | COM 18 | Memo from Hayes to Bob Kelley and Orlandi re: JC Penney |
| 16. | 10/16/97 | Hayes Production | Memo from Hayes to Orlandi re: Electric Boat cc: J. Figueroa |
| 17. | 12/4/97 | Hayes Deposition – Exhibit W | Memo from Robert L. Kelley to Tim Hayes and John Loscuito re: J.C. Penney |
| 18. | 12/8/97 | COM 15-17 | Performance Evaluation of Hayes as Regional Manager |
| 19. | 12/15/97 | COM 14 | Memo from Orlandi to Hayes re: 1997 Operating Results |
| 20. | 1/12/98 | Hayes Production | Memo Orlandi to Hayes re: 1997 operating results |
| 21. | 2/17/98 | COM 0166 | Lost Business interview for Middlesex Community College |
| 22. | 3/19/98 | COM 164-66 | Letter to Robert Berg from James Carothers and Orlandi re: Middlesex Community College |

| | | | |
|---|---|---|---|
| 23. | 3/25/98 | COM 382 | Memo from Hayes to Orlandi re: Middlesex Community College—Lost Business |
| 24. | 4/6/98 | COM 3 | Memo from Cary Orlandi to Steve Gaber re: Hayes cc: Will Chizmar |
| 25. | 5/4/98 | COM 399-402 | Memo from Orlandi to Hayes re: Performance Improvement |
| 26. | 5/27/98 | COM 173 | Letter to Canteen from CT Schools Food Service Directors |
| 27. | 6/1/98 | COM 395 | Letter of Termination to Timothy Hayes |
| 28. | 6/23/98 | COM 181 | Letter from Christopher Ashcroft to Hayes re: Investigation of Termination |
| 29. | 12/98 | D-Confidential 638-41 | Performance appraisal Catherine Cape |
| 30. | 12/7/98 | D-Confidential 642 | Personal fact sheet for Catherine Cape |
| 31. | 12/99 | D-Confidential 643-47 | Performance appraisal Catherine Cape |
| 32. | 12/00 | D-Confidential 649-54 | Performance appraisal Catherine Cape evaluated by Will Chizmar |
| 33. | 1997-2000 | D-Confidential SL 00926 | 1997-2000 PBO Summary |
| 34. | | Host 1-26 | Host America's personnel file for plaintiff |
| 35. | | | Declaration of Robert Berg |
| 36. | Undated | | Compass Group Associate Handbook |

| | | |
|---|---|---|
| 37. | 1997-1998 | P&L Reports for accounts under Hayes's Authority |
| 38. | 1997 | Ledger sheets reflecting account transfers among accounts under Hayes's authority |
| 39. | 9/13/97 | Food profitability summary by DMF |

The defendants are filing a motion in limine seeking to preclude the plaintiff from offering evidence from other former employees who allege age discrimination. Defendants maintain that this evidence involves disputed, unproven allegations from other employees that is unduly prejudicial and lacks any probative value. Pending the court's ruling on this motion, the defendants request leave to timely supplement their witness and exhibit lists, if necessary to fairly contest the other allegations that are the subject of the motion in limine.

                                                  COMPASS GROUP, USA, INC. and
                                                  CARY ORLANDI,
                                                  By their attorneys,

Christopher A. Kenney, Fed. Bar #: CT25017
Margaret H. Paget, Fed. Bar #: CT25016
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

Dated: February 8, 2005

Lawrence Peikes (ct07913)
Wiggin and Dana LLP

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Defendant's Proposed Exhibit List, was served by Federal Express overnight delivery service on the following:

Stephen F. McEleney, Esq.
McEleney & McGrail
363 Main Street
Hartford, CT 06106

_____
Lawrence Peikes