FILED

2005 FEB -8  A 11: 35

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES<br>    Plaintiff | CIVIL ACTION NO.:3: 00cv0973 (AHN)(HBF) |
| versus | |
| COMPASS GROUP USA, INC., d/b/a<br>EUREST DINING SERVICE and<br>CARI ORLANDI<br>    Defendants | FEBRUARY 4, 2005 |

## PLAINTIFF'S EXHIBIT LIST

1) All of the evaluations of Timothy Hayes from the date of his initial employment in 1973 through the date of his termination.

2) The response of July 20, 1998 from C. Phillip Wells of Compass Group to Attorney McGrail enclosing what the defendant represented to be the personnel file of Timothy Hayes. (Exhibit B to Plaintiff's disclosure response)

3) The employment application of Timothy Hayes dated June 28, 1973.

4) The Compass Human Resources Manual cover page and section on progressive counseling procedure (§ 1320.0).

5) Defendants' Salary Continuation Plan document(Tab 4 - MSJ).

6) Defendants' Severance Policy (Tab 38 - MSJ).

7) Defendants' Compensation Guidelines and Administration Manual (Tab 39 - MSJ).

8) CHRO Finding of Reasonable Cause dated November 24, 1998.

9) Release of Jurisdiction from CHRO dated May 9, 2000.

10) Notice of Right to Sue from EEOC dated May 16, 2000.

11) "Termination for the past twelve months" document from Mr. Orlandi to CHRO (COM - 0353).

12) "All unit employees: Regional and District Managers, Supervisory and above" document from Mr. Orlandi to CHOR.

13) August 5, 1997 memo from Mr. Orlandi to Mr. Hayes, with attachments.

14) August 13, 1997 memo from Mr. Orlandi to Mr. Hayes, with attachments.

15) September 15, 1997 memo from Mr. Orlandi to all district managers.

16) September 24, 1997 memo from Mr. Orlandi to Mr. Hayes, with attachments.

17) September 30, 1997 memo from Mr. Orlandi to Mr. Hayes.

18) October 9, 1997 memo from Mr. Orlandi to Mr. Hayes, with attachments.

19) October 13, 1997 memo from Mr. Hayes to Hopkins, Lavergne, Ouellette, Sanchez and Spector.

20) October 13, 1997 memo from Mr. Hayes to Mr. Orlandi.

21) October 14, 1997 memo from Mr. Hayes to Kelly and Orlandi.

22) October 16, 1997 memo from Mr. Hayes to Mr. Orlandi.

23) October 24, 1997 memo from Mr. Orlandi to Canning.

24) November 10, 1997 memo from Mr. Orlandi re: weekly flash accounting, with attachments.

25) December 15, 1997 memo from Mr. Orlandi to Mr. Hayes.

26) January 12, 1998 memo from Mr. Orlandi to Mr. Hayes.

27) April 6, 1998 memo from Mr. Orlandi to Mr. Gaber.

28) April 13, 1998 memo from Mr. Orlandi to Mr. Hayes.

29) May 4, 1998 memo from Mr. Orlandi to Mr. Hayes.

30) June 1, 1998 termination letter - Mr. Orlandi to Mr. Hayes.

31) April 13, 1998 e-mail Steven Gaber to Chris Ashcroft.

32) October 14, 1999 memo to Whom it May Concern from Mr. Orlandi.

33) Eurest - Middletown Food Operations - 1997 District Performance Reviews (6 pages).

34) March 27, 1997 memo from Mr. Hayes to Mr. Orlandi.

35) July 2, 1997 memo from Mr. Hayes to Mr. Orlandi.

36) Eurest Quality and Standard Yearly Check List (5 pages).

37) "Operating Profitability as of May 19, 1998" document (2 pages).

38) Price increases - Northeast - Third period 1998.

39) Inventory turns - by DM (1 page).

40) Confidential document SL 01231.

41) Compass Group USA - Field Incentive Plan 1997 dated November 26, 1996 (1 page).

42) 1998 Fiscal Year Summary (2 pages).

43) Pricing Status dated October 27, 1997 (2 pages).

44) Confidential documents SL 01295 - SL 01304.

45) Summary of documents SL 01295 - SL 01340.

46) November 25, 1997 memo from Mr. Kelly to Mr. Lavergne.

47) Northeast Region - Hartford Districts dated November 5, 1997.

48) "Northeast Staffing as of June 1998 (1 page).

49) Eurest Dining Services Northeast Region Table of Organization.

50) "Eurest Dining Services Northeast Region" organizational chart (COM - 0495).

51) Untitled organizational chart.

52) Disclosed documents - confidential - SL 3922 - SL 3937.

53) Disclosed documents - confidential - SL 3921 - SL 3937.

54) Summary of Evidence showing ages of the terminated or transferred employees.

55) June 1, 1998 memo from Rockas to Field Associates regarding Internal Documents/Internal Protocol (available positions within Compass Group).

56) Eurest Dining Services - Revised Operation Job Structure - Appendix 1A.

57) June 2, 1998 memo from Mr. Orlandi to all unit managers.

58) March 20, 1999 memo from Mr. Orlandi to Mr. Chizmar.

59) November 11, 1998 memo from Mr. Orlandi to all district managers.

60) September 1997 Compass Group USA Compensation Management Guidelines.

61) Plaintiff's Complaint in Hayes v. Compass Group USA, Inc., et al., May 25, 2000.

62) Defendant's Answer in Hayes v. Compass Group USA, Inc., et al., July 5, 2000.

63) Compass Group and subsidiaries (COM - 0493).

64) Canning performance appraisal (Tab 18 - MSJ).

65) December 10, 1998 memo from Mr. Orlandi to Canning (C0150)

66) March 29, 1999 memo from Mr. Orlandi to "All Units" regarding Canning.

67) Orlandi's 1994 Goals (Tab 19 - MSJ).

68) Canning performance appraisal (Tab 20 - MSJ).

69) Canning performance appraisal (Tab 21 - MSJ).

70) Check list for severance regarding Patick (Tab 23 - MSJ).

71) Letter dated January 14, 1997 from Valentine to Katona (Tab 24 - MSJ).

Case 3:00-cv-00973-AHN    Document 83    Filed 02/08/2005    Page 5 of 10

72) July 22, 1997 memo from Valentine (Tab 25 - MSJ).

73) 1997 Performance Evaluation - Katona (Tab 26 - MSJ).

74) December 18, 1997 letter from Katona to Valentine (Tab 27 - MSJ).

75) December 16, 1997 letter from Valentine to Katona (Tab 28 - MSJ).

76) Memo Leigh Ann Wright to B. Kovaes regarding Wawrzynski's separation from Compass (3 pgs).

77) Evaluation regarding D'Amico (Tab N - MSJ).

78) Hayes' resume and response to Compass internal job inquiry (Exhibit V of Plaintiff's disclosure).

79) Mr. Hayes' Resume and documents concerning Mr. Hayes' post-termination job search.

80) Mr. Hayes W-2s for 1998, 1999, 2000, 2001, 2002, 2003 and 2004 Form 1099-B issued to Mr. Hayes by Grace Food Service Associates for 1998.

81) Host America check stub issued to Mr. Hayes for the pay date December 30, 2004.

82) Form 1099-G issued by the State of Connecticut Department of Labor to Mr. Hayes for 1998.

83) Compass Group USA, Inc. Non-qualified Deferred Compensation Plan, Plan Summary.

84) Compass Group USA, Inc. Non-qualified Deferred Compensation Plan, Questions and Answers.

85) Fact Sheet for Host America Corporation 401-K Retirement Plan.

86) Host America Corporation & Lindley Food Service 401-K Plan Notice of Change in Employer Match.

87) Mr. Hayes's Host America, Inc. 401-K Plan account statements dated December 31, 1999, December 31, 2000 and December 31, 2001.

88) Record of Mr. Hayes's pay for the pay period May 23, 1998 through June 5, 1998.

89) Mr. Hayes's Host America Employee Expense Reports for the weeks ending October 25, 2002, November 29, 2002, December 27, 2002, May 30, 2003, June 27, 2003 and July 25, 2003.

90) Materials from Mr. Hayes's personnel file at Compass Group, Inc.

91) Plaintiff's Income Summary.

92) Plaintiff's Salary and Evaluation History.

93) June 23, 1998 letter from Chris Ashcroft, Vice President Human Resources, Compass Group, Inc. to Plaintiff.

94) January 1, 2001 memo from Anne Ramsey, Host America to all employees enrolled in Oxford Health Plans.

95) June 29, 1998 letter from Pam Thomas, Manager, Retirement and Savings Programs, Compass Group, Inc. to Mr. Hayes concerning Compass Group USA, Inc. Retirement Plan for Salaried Employees Qualified & Supplemental (Non-qualified).

96) July 10, 1998 letter from Pam Thomas, Manager, Retirement and Savings Programs, Compass Group, Inc. to Mr. Hayes concerning Compass Group USA, Inc. Non-qualified Pension Plan.

97) Memo to Pam Thomas, Compass Group USA from Benefit Calculation Department, AON Consulting concerning Mr. Hayes Vested Termination, the Pension Plan for Compass Group USA.

98) Compass Group PLC 1999 Stock Bonus Plan for U.S. Employees.

99) July 14, 1998 letter from Mr. Hayes to Cary Orlandi, Compass Group USA Division.

100) Compass Group USA Division 401(k) Summary Plan Description.

101) Compass Group, Compass Group USA Inc. Pension SPD, Pension Benefits For Salaried Employees.

102) Mr. Hayes's resume undated.

103) Host America Corporation & Lindley Food Service 401-K Plan, Notice of Change in Employer Match.

104) Host America Corporation & Lindley Food Service 401-K Plan, Addition to Prior Notice 401(K) Change.

105) Gary R. Skoog and James E. Ciecka, "The Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation and Probability Intervals" *Journal of Legal Economics*, Spring/Summer 2001.

106) Life tables for males from E. Arias, National Center for Health Statistics, *United States Life Tables, 2002*, National Vital Statistics Reports, Volume 53, Number 6, November 10, 2004.

107) Employee Cost Index data obtained from U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov.

108) Historic data obtained from Board of Governors of the Federal Reserve, Federal Reserve Statistical Release, Selected Interest Rates (Weekly) that was obtained from Board of Governors of the Federal Reserve, http://www.federalreserve.gov/releases/h15.

109) "Selected Interest Rates" from an issue of the *Wall Street Journal* at time of trial.

110) Mr. Hayes tax return - 2003 including W-2.

111) Mr. Hayes W-2 - 2004.

112) Host America Corporation Notice of Change in employer match effective June 2003.

113) Host America Corporation addition to prior notice of 401-K change.

114) Resume of Steven J. Shapiro, PhD.

115) October 1, 2003 report of Steven J. Shapiro, PhD.

116) Supplement to Steven J. Shapiro, PhD report.

117) The Defendant's Responses to the Plaintiffs Request for Admissions dated November 13, 2000, as follows: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 18, 19, 20, 21, 22, 24, 25, 26, 28, 30, 31, 32, 33, 34, 36, 37, 38, 39, 40, 42, 43, 44, 45, 46, 48, 49, 50, 51, 53, 54, 55, 56, 57, 59, 60, 61, 62, 64, 65, 66, 67, 69, 70, 71, 72, 73, 76 and 77.

118) The Defendant's responses to the Plaintiff's First Request for Production dated November 10, 2000 as follows: 1, 2, 3, 5, 6, 8, 9, 10, 11, 13, 14, 16, 17, 18, 23, 24, 25, 26, 28, 29, 30, 31, 32, 33, 34, 35, 36, 37, 38, 39, 42, 43, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59, 60, 62, 66, 67, 68, 69, 71, 72, 73, 74, 75, 76, 77, 78, 79, 80, 81, 82, 91, 92, 93, 94, 95, 96, 97, 98, 99, 100, 101, 102, 103, 104, 105, 106, 107, 108, 109, 110, 115, 116 and 117.

119) The Defendant's responses to the Plaintiff's Second Request for Production dated January 19, 2001 as follows: 1, 2, 3 and 4.

120) The Defendant's responses to the Plaintiff's Third Request for Production dated September 30, 2001 as follows: 4, 5, 6, 7, 8, 9, 10, 14, 15, 16, 17, 19, 20, 21, 22 and 23.

121) The Defendant's responses to the Plaintiff's Interrogatories dated November 21, 2000 as follows: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12 and 14.

122) Excerpts Deposition - Mr. Orlandi - March 9, 2001 (pgs 67-70, 104-108, 139-142)

123) Excerpts Deposition - Mr. Gaber - April 25, 2001 (pgs 4-16, 61-80)

124) Excerpts Deposition - Mr. Nichols in <u>Canning v. Compass Group, et al</u> May 16, 2001 (pgs 1-4, 57-68)

125) Excerpts Deposition - Mr. Orlandi in <u>Canning v. Compass Group, et al</u> January 12, 2001 (pgs 1-4, 5-12, 21-24, 69-72, 109-120)

126) Excerpts Deposition - Mr. Orlandi - July 6, 2001 (pgs 8-21, 98-101, 126-127, 152-153, 163-164, 280-285)

127) Canning Performance Review by Orlandi dated December 10, 1998.

128) Compass Group, N.A.P., Compensation guidelines (Com-0359).

129) Letter November 1, 1999 Jim Nichols to Cari Orlandi.

130) March 25, 1998 Memo Hayes to Orlandi.

131) Northeast Region Staffing summary and attached Organizational chart (Exhibit H of Plaintiff's Disclosure).

132) February 2, 1998 letter Orlandi to Hayes Re" 1997 performance.

133) June 23, 1998 letter Ashcroft to Hayes Re: Termination>

134) Compass Organizational Chart "with Canning."

135) Compass Organizational Chart "without Canning."

BY: PLAINTIFF
TIMOTHY HAYES

Stephen F. McEleney
Federal Bar No. ct04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
Telephone No.: (860) 249-1400
Facsimile No.: (860) 549-5865
stephen@mceleneylaw.com

CERTIFICATION

I HEREBY CERTIFY, that a copy of the Plaintiff's Exhibits List was faxed on the 7th day of February, 2005 to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

And mailed, first class mail, postage prepaid on this the 8th day of February, 2005 to:

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

_____
Stephen F. McEleney, Esq.