FILED

UNITED STATES DISTRICT COURT     2005 FEB 11   A 10: 07
DISTRICT OF CONNECTICUT

U.S. DISTRICT COURT

| | | |
|---|---|---|
| TIMOTHY HAYES<br>     Plaintiff | : | CIVIL ACTION NO. 3:00cv0973 (AHN)(HBF) |
| | : | |
| versus | : | |
| | : | |
| COMPASS GROUP USA, INC., d/b/a | : | |
| EUREST DINING SERVICE and | : | |
| CARI ORLANDI | : | FEBRUARY 10, 2005 |
|      Defendants | | |

## PLAINTIFF TIMOTHY HAYES' REBUTTAL WITNESS LIST

Pursuant to this Honorable Court's Pre Trial Order dated November 3, 2004, the Plaintiff,

Timothy Hayes ("Mr. Hayes"), through his legal counsel, hereby submits a list of rebuttal witnesses,

that it intends to call at the time of trial:

1.    Lou Fiorillo

2.    Ann Lavergne

3.    Paul D'Amico

4.    Ron Peoples

5.    Edward Sanchez

PLAINTIFF
TIMOTHY HAYES

BY:    _____
Stephen F. McEleney
Federal Bar No. ct04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
Telephone No.: (860) 249-1400
Facsimile No.: (860) 549-5865
stephen@mceleneylaw.com

## CERTIFICATION

I HEREBY CERTIFY, that a copy of Plaintiff Timothy Hayes' Rebuttal Witness List was faxed on this 10th day of February, 2005 to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

And mailed, first class mail, postage prepaid on this the 10th day of February, 2005 to:

Lawrence Peikes, Esq.                 Fred Frangie, Esq.
Wiggin and Dana LLP                   Robert Fortgang & Associates
400 Atlantic Street                   573 Hopmeadow Street
Stamford, CT 06901                    Simsbury, CT 06070

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

_____
Stephen F. McEleney, Esq.