UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 11  A 10: 07
U.S. DISTRICT COURT
BRIDGEPORT, CONN

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

| | |
|---|---|
| TIMOTHY HAYES, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) |
|  | ) |
| COMPASS GROUP USA, INC., | ) |
| d/b/a EUREST DINING SERVICES | ) |
| and CARY ORLANDI, | ) |
|  | ) |
| Defendants. | ) |

### JOINT MOTION TO ENLARGE TIME FOR FILING DOCUMENTS IN ACCORDANCE WITH PRE-TRIAL ORDER

Pursuant to Local Rule 7.1(b), the parties jointly request that the court extend by several days, until Monday, February 14, 2005, the deadline for filing:

(1)  Proposed Jury Instructions,

(2)  The Joint Statement of the Case (including any motions *in limine*), and

(3)  Supplemental Witness Lists.

This extension will not affect the court's (or parties') preparedness for trial, which is scheduled to begin on Friday, February 18, 2005. Before now, neither party has requested any extension of time under the Pre-Trial Order. Although the parties have made cooperative, good faith efforts to confer and collaborate on their pre-trial submissions, counsel need additional time within which to complete their efforts in advance of trial.

**WHEREFORE,** the parties ask that the court extend until February 14 the deadline for proposed jury instructions, a Joint Statement of the Case and supplemental witness lists.

{00052334.DOC / 2}

| | |
|---|---|
| TIMOTHY HAYES, | COMPASS GROUP USA, INC. AND CARY ORLANDI, |
| By his attorney, | By their attorneys, |
| *[signature]* | *[signature]* |
| Stephen McEleney, Fed. Bar # CT06181<br>McEleney & McGrail, LLC<br>363 Main Street<br>Hartford, CT 06106 | Christopher A. Kenney, Fed. Bar #: CT25017<br>Margaret H. Paget, Fed. Bar #: CT25016<br>Sherin and Lodgen LLP<br>101 Federal Street<br>Boston, MA 02110<br>(617) 646-2000 |

Dated: February 10, 2005

CERTIFICATION

I HEREBY CERTIFY, that a copy of the Joint Motion to Enlarge Time for Filing Documents in Accordance with Pre-Trial Order was sent overnight mail on this the 10th day of February, 2005 to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

And mailed, first class mail, postage prepaid on this the 10th day of February, 2005 to:

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

Stephen F. McEleney, Esq.