UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES     Plaintiff | : CIVIL ACTION NO: 3:00 CV 0973 (AHN)(HBF): :: |
| VS. | :: |
| COMPASS GROUP USA, INC.,d/b/a EUREST DINING SERVICESand CARY ORLANDI     Defendants | ::: FEBRUARY 14, 2005: |

**PLAINTIFF'S PROPOSED VERDICT FORM**

**1.** Do you find that the Defendants discriminated against the Plaintiff on the basis of age?

Yes\_\_\_\_   Verdict for the Plaintiff on the first count and second count of his

complaint.

No\_\_\_\_

**2.** If the answer to the preceding question is "Yes", what amount of money, if any, do you find will fairly and reasonably compensate Plaintiff for his losses, keeping in mind my instruction on compensatory damages, lost wages and benefits?  $_____

**3.** If the answer to question 1 is "Yes", do you find that Defendants' actions in discriminating against Plaintiff because of his age were willful?

Yes____

No____

**4.** If the answer to question 1 is "Yes", do you find that Defendants' actions in discriminating against Plaintiff because of his age were intentional and malicious as I have defined these terms for you?

Yes____

No____

     5.     If the answer to question 3 or 4 is "Yes", what amount of money, if any, do you find in punitive damages?  $_____

 

                                                     _____
                                                                Foreperson

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, on this 14th day of February, 2005, to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA  02110

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

_____ Stephen F. McEleney