FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 FEB 14 P 3: 51

U.S. DISTRICT COURT

| | |
|---|---|
| TIMOTHY HAYES<br>Plaintiff | : CIVIL ACTION NO: 3:00 CV 0973 (AHN)(HBF) |
| VS. | : |
| COMPASS GROUP USA, INC.,<br>d/b/a EUREST DINING SERVICES<br>and CARY ORLANDI<br>Defendants | : FEBRUARY 14, 2005 |

## PLAINTIFF'S REQUESTED VOIR DIRE

Pursuant to Rule 12(c) of the Local Rules, and in order to ensure Plaintiff the right to a trial by an impartial jury, attorney for the Plaintiff expressly requests that the proposed Jury Questionnaire filed herewith be provided to members of the jury panel prior to voir dire, and that counsel for the parties have the opportunity to review these questionnaires prior to jury selection.

In addition, Plaintiff requests the opportunity to personally voir dire the prospective members of the jury, in addition to the court's general inquiry and submission of the Jury Questionnaire. Plaintiff's counsel expressly agrees to limit the questioning to no more than 20 minutes and to make a reasonable inquiry of the background of the prospective members of the jury in order to intelligently exercise the Plaintiff's challenges for cause and peremptory challenges.

<u>Alternative request for questions to be put to prospective jurors.</u>

If such request is denied, the Plaintiff then respectfully requests that the questions listed be asked of each prospective juror, in addition to the following questions, to ensure impartiality of the jury in this case and to allow the intelligent and informed exercise of peremptory challenges and challenges for cause.

Plaintiff expressly requests that follow-up questioning be conducted at sidebar so as to ensure jurors an opportunity to freely disclose personal information without embarrassment and so as to avoid disclosures which have the potential to affect the impartiality of the jury panel.

<u>Preliminary Statement</u>:

The questions to be asked of you are not intended to embarrass you or pry into your private affairs. If, for any reason, you would prefer not to answer any of the questions put to you in front of other members of the jury panel, please let me know this. You will be invited up to the sidebar and will be allowed to respond privately in my presence and in the presence of counsel for the parties.

Although my questions are directed to "you" individually, you should also respond if the questions apply to a member of your family, or to a close friend, to the extent that you might be affected by these experiences.

1. Have any of you ever been the subject of a complaint claiming unequal treatment in the workplace ? If so, please raise your hand.

(Follow-up: Directed to those who have answered the above question in the affirmative): Tell us about your experience.

2. Have any of you worked as a manager of employees? (Follow-up: Directed to those who have answered the above question in the affirmative): Please describe that position, the employer, the number of years worked in the position and your responsibilities in reference to your subordinates. How do you think that experience will affect you in this case?

3. Have any of you ever worked as a boss--a supervisor or manager--and had to deal with someone who worked under you who challenged your decision as to issues of compensation or advancement? If so, please raise your hand.

(Follow-up: Directed to those who have answered the above question in the affirmative): Tell us about your experience.

4. Do you think there should be limitations on a person's right to bring a lawsuit? If so, please raise your hand?

(Follow-up: Directed to those who have answered the above question in the affirmative): Why do you feel that way? (Follow up:) Tell us what you have heard, or seen or experienced that makes you agree with that.

5. Please raise your hand if you share any of the following opinions:

   a. Older employees are more competent, motivated and productive than younger employees.

   b. Older employees are less competent, motivated and productive than younger employees.

   c. Older employees are equally competent, motivated and productive as younger employees.

(Follow-up: Directed to those who have answered the above question in the affirmative): Tell us about your opinion.

6. Has anyone been in a workplace situation where there was discrimination or where a complaint of discrimination was made?

(Follow-up: Directed to those who have answered the above question in the affirmative): Tell us about your experience.

4

7. Some people say that you can't compensate someone with money for what are called "non-economic damages"–that is, money can't compensate you for damages such as emotional distress, loss of enjoyment of life and the like. If you tend to agree with that statement, please raise your hand.

(Follow-up: Directed to those who have answered the above question in the affirmative): Explain your thinking on this.

8. If you had to define a good employee, what qualities would be most important?

9. If you had to define a good employer, what qualities would be most important?

10. What do you like most about your job?

11. What do you like least about your job?

12. Based on what you know about this case, is there anyone who would feel uncomfortable being a juror in this case? Anyone who feels they should not hear this case for any reason?

(Follow-up individually: Directed to those who have answered the above question in the affirmative): Please explain.

13. If you learned that you were the victim of age discrimination, would you bring a claim? (Follow-up individually: Please explain why or why not.)

PLAINTIFF
TIMOTHY HAYES

By: _____
Stephen F. McEleney
Federal Bar No. ct04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
His Attorneys
stephen@mceleneylaw.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, on this 14th day of February, 2005, to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

Stephen F. McEleney

## PROPOSED JURY QUESTIONNAIRE

1. Name:_____ Age:____ Sex:____ Marital Status:____

Current Address:_____
For how long?_____

2.     A. Please indicate the level of education you have receive:
       [ ] Grade school or less     [ ] Some college
       [ ] Some high school        [ ] College graduate
       [ ] High school graduate    [ ] Post graduate
       [ ] Technical/vocational school

    B. If you received any education beyond high school, please indicate your major course of study:_____

3.     A. Current employer:_____

    B. Current position and job duties (describe briefly):_____
_____

    C. How many employees do you supervise, if any?_____
    E. What aspect of your job do you like most?_____
_____

    F. What aspect of your job do you like least?_____
_____

    G. Is your workplace unionized? Yes___ No___ If yes, please indicate union, and whether you are a member:_____
_____

1

4. List prior occupations and approximate number of years (include military):

_____  _____

_____  _____

_____  _____

5. Occupation of spouse, significant other, or of other adults (including your children) living in your household:_____

_____

6. Have you or anyone close to you ever filed a lawsuit?  Yes___  No___

If yes, for what reason?_____

In your opinion, was the lawsuit resolved satisfactorily?_____

_____

7. Have you or anyone close to you ever been sued?  Yes___ No___

If yes, for what reason?_____

In your opinion, was the lawsuit resolved satisfactorily?_____

_____

8. If you were injured, emotionally, physically, or financially, as a result of someone else's wrongdoing or fault, would you consider bringing a lawsuit?  Yes___  No___

Please explain:_____

_____

2

9. Generally, do you think a person who believes he or she has been discriminated against or unfairly treated on the job should file lawsuits against his or her employer?
Yes___ No___

Please explain:_____

_____

10. Generally, do you think there should be limitations on a person's right to bring a lawsuit? Yes___ No___

Please explain:_____

_____

11. Have you or anyone close to you ever felt unfairly treated by an employer? (i.e., layoff, discrimination, performance review, availability of benefits, medical leave, injury on the job, etc. - Experience need not result in a lawsuit or formal complaint):
Yes___ No___

Please explain:_____

_____

12. Do you have any views concerning the amount of money damages that can be awarded in a lawsuit, as compensation for injuries? Yes___ No___

Please explain:_____

_____

13. Do you think that a person should be able to seek compensation for emotional harm caused by someone else's wrongdoing? Yes___ No___

Please explain:_____

_____

3

14. In general, what are the most important obligations an employee owes his/her employer?_____

_____

15. In general, what are the most important obligations an employer owes his/her employee?_____

_____

16. Do you have any personal, philosophical, moral, or religious reason that would make it difficult for you to sit on a jury and decide issues of liability and money damages in this case?  Yes___  No___

Please explain:_____

_____

17. Have you ever sat as a juror before?  Yes___  No___  If yes, please indicate:
   [ ] Civil          [ ] Criminal        [ ] Grand Juror
   [ ] Federal Court  [ ] State Court

Type of case (e.g., murder, car crash, etc.)_____

18. What clubs or organizations do you belong to?_____

_____

19. Name three people you admire most:

   1._____

   2._____

   3._____

4

20. Please name the magazines and newspapers you read most often: _____
_____

21. Please indicate the primary source from where you get most of your news (include radio):_____

22. Have you or anyone close to you ever experienced age discrimination from an employer? Yes___ No___

Please explain:_____
_____

Was there a complaint? Yes___ No___ What was the result?_____
_____

23. Have you or anyone close to you ever been accused of any type of discrimination? Yes___ No___

Please explain:_____
_____

24. Have you ever followed any age discrimination cases in the news? Yes___ No___
Please indicate the case and feelings about outcome:_____
_____

25. Generally, based on your impressions, do you think the employment discrimination laws are fair, or do you think they favor either employees or employers?
Laws favor employees___ Laws favor employers___ Laws fair to both___ No opinion___

Please explain:_____

5