FILED

2005 FEB 14 P 3: 51

U.S. DISTRICT COURT
BRIDGEPORT CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| TIMOTHY HAYES<br>    Plaintiff | : | CIVIL ACTION NO.:3: 00cv0973 (AHN)(HBF) |
| VS. | : | |
| COMPASS GROUP USA, INC., d/b/a<br>EUREST DINING SERVICE and<br>CARI ORLANDI<br>    Defendants | : | FEBRUARY 14, 2005 |

PLAINTIFF'S SUPPLEMENTAL EXHIBIT LIST

As a consequence of events which occurred subsequent to the filing of the Plaintiff's Exhibit List under date of February 4, 2005, specifically the filing of the Defendants' Supplemental and Amended Responses to Plaintiff's Request for Admissions to Defendants, dated February 9, 2005 and a dispute which arose between the parties during the course of their discussion of the Joint Statement which occurred on February 11, 2005, the Plaintiff will offer the following documents in evidence in addition to those previously submitted:

1. The Defendants' Supplemental and Amended Responses to Plaintiff's Request for Admissions to Defendants, dated February 9, 2005.

2. The cover page, Severance Worksheet and Checklist for Severance Determination in regard to Wayne Patick (Disclosure documents C-00553 through C-00566, also documents SL-4552 through 4555).

1

3. The Personal Fact Sheet of the Defendants in regard to employee Phil Canning.

4. Employee Profile and Change Form signed by Cary Orlandi dated April 12, 1996 in regard to Mr. Hayes (Document COM-0047)

In addition, in lieu of the testimony of Defendants' representative Christopher Ashcroft listed on the Plaintiff's Witness List, the Plaintiff will introduce the Declaration of Mr. Ashcroft which was attached to the Defendants' Motion for Summary Judgment).

PLAINTIFF,
TIMOTHY HAYES

BY: _____
Stephen F. McEleney
Federal Bar No. ct04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
Telephone No.: (860) 249-1400
Facsimile No.: (860) 549-5865
stephen@mceleneylaw.com

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, first class postage prepaid, on this the 14th day of February, 2005, to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

_____
Stephen F. McEleney