FILED

2005 FEB 14 P 3: 51

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES<br>Plaintiff | CIVIL ACTION NO.: 3: 00cv0973(AHN)(HBF) |
| versus | |
| COMPASS GROUP USA, INC., d/b/a<br>EUREST DINING SERVICE and<br>CARI ORLANDI<br>Defendants | FEBRUARY 14, 2005 |

## PLAINTIFF TIMOTHY HAYES' EXPERT WITNESS DISCLOSURE

Pursuant to this Honorable Court's Pre Trial Order dated November 3, 2004, the Plaintiff, Timothy Hayes ("Mr. Hayes"), through his legal counsel, hereby intends to call Mr. Stephen Shapiro to testify as an expert as to Mr. Hayes' economic damages that the plaintiff sustained as a result of being wrongfully terminated by the defendants. The aforementioned expert was previously disclosed to the defendant per the Court's case management plan.

### *Biographical Sketch*

Steven J. Shapiro, Ph.D. is Chair of the Department of Economics and Finance at the University of New Haven. Dr. Shapiro has written and presented papers on the valuation of employee stock options, the appraisal of closely held firms, and the calculation of damages and applications of financial event study methodologies to examining the effects of litigation on shareholders. He is also a co-author of *Sport Finance*, a textbook published by Human Kinetics Press.

Dr. Shapiro also operates Analytic Resources, LLC, an economic consulting firm based in Woodbridge, Connecticut. Dr. Shapiro has provided expert testimony and served as a consultant in legal matters that required the measurement of damages resulting from wrongful death, personal injury, and wrongful employment termination, the computation of lost profits in commercial

litigation, the analysis of relevant markets in antitrust cases, and the valuation of pensions and employee stock options. Prior to joining the University of New Haven in September 1987, Dr. Shapiro served as an economist with New York Telephone, a research analyst with the Antitrust Division of the U.S. Department of Justice, and as an analyst with several consulting organizations providing research support to public sector clients.

Dr. Shapiro has been an active member of the National Association of Forensic Economics (NAFE) since 1990. He is At-Large Vice President of NAFE. Since the merger of the *Litigation Economics Review* with the *Journal of Forensic Economics* on January 1, 2005, Dr. Shapiro has been serving as co-editor of the *Journal of Forensic Economics*. Prior to being co-editor of the Journal of Forensic Economics, he was co-editor of *Litigation Economics Review*. He has served as a referee for articles submitted to the *Journal of Forensic Economics*, *Litigation Economics Digest* and *Journal of Legal Economics*.

Dr. Shapiro received his B.A. in Economics and Mathematics from the University of Virginia and his M.A. and Ph.D. in Economics from Georgetown University. Dr. Shapiro's other professional memberships include the American Economic Association, American Finance Association, American Statistical Association, National Association of Business Economists, and American Academy of Economics and Financial Experts.

### *Statement of the Expert's Area of Expertise*
Dr. Shapiro, by virtue of his education and experience, is an economist.

### *Opinion to be Expressed*
Dr. Shapiro will testify as to the value of the losses sustained by the plaintiff as a result of his termination by Compass Group, Inc., including lost compensation over the backpay and frontpay periods, as well as future lost pension benefits.

### *Basis of the Opinion*

Dr. Shapiro will testify on the value of Mr. Hayes's loss of compensation from Compass Group, Inc. from the date of termination to date of trial (backpay period) and from the date of trial through his remaining worklife (frontpay periods). Mr. Hayes' compensation from Compass Group, Inc. includes salary and company contributions to a nonqualified deferred compensation plan over the backpay and frontpay periods. In order to determine Mr. Hayes' losses over the backpay period, salary and employer contributions to a 401-K Plan resulting from employment with Host America following his termination are subtracted from Compass Group, Inc. compensation over the backpay period. Unemployment compensation and nonemployee compensation from Grace Foods, Inc. following Mr. Hayes' termination are also subtracted from Compass Group, Inc. is compensation over the backpay period. Over the frontpay period, projected compensation (salary and employer contributions to a 401-K Plan) under the assumption of continued employment with Host America is subtracted from projected compensation from Compass Group, Inc.

An additional element of loss to Mr. Hayes is that he participated in a defined benefit pension plan while employed with Compass Group, Inc. Mr. Hayes has not been able to participate in a defined benefit pension in subsequent employment after his termination by Compass Group, Inc. Mr. Hayes' lost pension benefit is equal to the projected pension benefit if he continued to work at Compass Group, Inc. through his remaining work life expectancy and the actual pension benefit that he will receive as a result of working for Compass Group, Inc. through the date of his termination.

Dr. Shapiro's estimates of loss will be based upon empirical information, including the behavior of earning over time. In addition, Dr. Shapiro's calculations of backpay will include the accrual of interest on U.S. Treasury instruments from the date of Mr. Hayes' termination from Compass Group, Inc. to date of trial. Dr. Shapiro's calculations of frontpay and future lost pension benefits will be discounted to present value based upon the interest rates on short term and long term U.S. Treasury instruments at the time of trial.

### *Material which the Witness Intends to Rely Upon*

Dr. Shapiro will rely on the following materials:

Complaint and Demand for Jury Trial in United States District Court, District of Connecticut, *Timothy Hayes, Plaintiff v. Compass Group USA, Inc., d/b/a Eurest Dining Services and Cary Orlandi*;
Mr. Hayes W-2s for 1998, 1999, 2000, 2001, 2002, 2003 and 2004 Form 1099-B issued to Mr. Hayes by Grace Food Service Associates for 1998;
Plaintiff's 2003 federal income tax filing;
Host America check stub issued to Mr. Hayes for the pay period ending 12/24/2004;
Form 1099-G issued by the State of Connecticut Department of Labor to Mr. Hayes for 1998;
Compass Group USA, Inc. Nonqualified Deferred Compensation Plan, Plan Summary;
Compass Group USA, Inc. Nonqualified Deferred Compensation Plan, Questions and Answers;
Fact Sheet for Host America Corporation 401-K Retirement Plan;
Host America Corporation & Lindley Food Service 401-K Plan Notice of Change in Employer Match;
Mr. Hayes's Host America, Inc. 401-K Plan account statements dated December 31, 1999, December 31, 2000 and December 31, 2001;
Record of Mr. Hayes's pay for the pay period May 23, 1998 through June 5, 1998;
Mr. Hayes's Host America Employee Expense Reports for the weeks ending October 25, 2002, November 29, 2002, December 27, 2002, May 30, 2003, June 27, 2003 and July 25, 2003;
Materials from Mr. Hayes's personnel file at Compass Group, Inc.;
Plaintiff's Income Summary;
Plaintiff's Salary and Evaluation History;
June 23, 1998 letter from Chris Ashcroft, Vice President Human Resources, Compass Group, Inc. to Plaintiff;
January 1, 2001 memo from Anne Ramsey, Host America to all employees enrolled in Oxford Health Plans;
June 29, 1998 letter from Pam Thomas, Manager, Retirement and Savings Programs, Compass Group, Inc. to Mr. Hayes concerning Compass Group USA, Inc. Retirement Plan for Salaried Employees Qualified & Supplemental (Nonqualified);
July 10, 1998 letter from Pam Thomas, Manager, Retirement and Savings Programs, Compass Group, Inc. to Mr. Hayes concerning Compass Group USA, Inc. Nonqualified Pension Plan;
Memo to Pam Thomas, Compass Group USA from Benefit Calculation Department, AON Consulting concerning Mr. Hayes Vested Termination, the Pension Plan for Compass Group USA;

Compass Group PLC 1999 Stock Bonus Plan for U.S. Employees;

July 14, 1998 letter from Mr. Hayes to Cary Orlandi, Compass Group USA Division;

Compass Group USA Division 401(k) Summary Plan Description;

Compass Group, Compass Group USA Inc. Pension SPD, Pension Benefits For Salaried Employees;

Mr. Hayes's resume undated;

Materials from Mr. Hayes's personnel file at Host America;

Host America Corporation & Lindley Food Service 401-K Plan, Notice of Change in Employer Match;

Host America Corporation & Lindley Food Service 401-K Plan, Addition to Prior Notice 401(K) Change;

Gary R. Skoog and James E. Ciecka, "The Markov (Increment-Decrement) Model of Labor Force Activity: Extended Tables of Central Tendency, Variation and Probability Intervals" *Journal of Legal Economics*, Spring/Summer 2001;

Life tables for males from E. Arias, National Center for Health Statistics, *United States Life Tables, 2002*, National Vital Statistics Reports, Volume 53, Number 6, November 10, 2004;

Employee Cost Index data obtained from U.S. Department of Labor, Bureau of Labor Statistics, http://www.bls.gov;

Historic data obtained from Board of Governors of the Federal Reserve, Federal Reserve Statistical Release, Selected Interest Rates (Weekly) that was obtained from Board of Governors of the Federal Reserve, http://www.federalreserve.gov/releases/h15; and "Selected Interest Rates" from an issue of the *Wall Street Journal* at time of trial.

PLAINTIFF
TIMOTHY HAYES

_____
Stephen F. McEleney
Federal Bar No. ct04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
Telephone No.: (860) 249-1400
Facsimile No.: (860) 549-5865
stephen@mceleneylaw.com

CERTIFICATION

I HEREBY CERTIFY, that a copy of Plaintiff Timothy Hayes' Expert Witness Disclosure has been mailed, first class postage prepaid this 14th day of February, 2005 to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

By _____
Stephen F. McEleney, Esq.