UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 FEB 14 P 3: 51
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | |
|---|---|
| TIMOTHY HAYES<br>    Plaintiff | : CIVIL ACTION NO.: 3: 00cv0973(AHN)(HBF) |
| versus | : |
| COMPASS GROUP USA, INC., d/b/a<br>EUREST DINING SERVICE and<br>CARI ORLANDI<br>    Defendants | : FEBRUARY 14, 2005 |

## STIPULATED FACTS

Pursuant to this Honorable Court's Pre Trial Order dated November 3, 2004, the Plaintiff, Timothy Hayes ("Mr. Hayes" or "plaintiff"), through his legal counsel, and Defendants, Compass Group USA, Inc., d/b/a Eurest Dining Services and Cari Orlandi (collectively "defendants") have met, conferred and hereby stipulate to the following uncontroverted facts.

1. This Court has jurisdiction over the subject matter of this action.

2. This Court has jurisdiction over the parties to this action including compliance with any pre-suit administrative requirements.

3. Venue is properly within this District of Connecticut as to the acts complained of.

PLAINTIFF
TIMOTHY HAYES

_____
Stephen F. McEleney
Federal Bar No. CT04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
Telephone No.: (860) 249-1400
Facsimile No.: (860) 549-5865
stephen@mceleneylaw.com

DEFENDANTS
COMPASS GROUP USA, INC.
d/b/a EUREST DINING SERVICE AND
CARY ORLANDI

_____
Christopher A. Kenney
Federal Bar No. CT25017
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
Telephone No. (617) 646-2000
Facsimile No. (617) 646-2222
cakenney@sherin.com

{00053150.RTF /}

## CERTIFICATION

I HEREBY CERTIFY, that a copy of the Stipulated Facts has been sent via facsimile on this 14th day of February, 2005 to the following counsel of record:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

And mailed, first class postage prepaid, to:

Christopher Kenney, Esq.
Margaret Paget, Esq.
Sherin and Lodgen LLP
100 Summer Street
Boston, MA 02110

Lawrence Peikes, Esq.
Wiggin and Dana LLP
400 Atlantic Street
Stamford, CT 06901

Fred Frangie, Esq.
Robert Fortgang & Associates
573 Hopmeadow Street
Simsbury, CT 06070

By _____
Stephen F. McEleney, Esq.

{00053150.RTF /}