UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| TIMOTHY HAYES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No.: 3:00 CV 0973 (AHN) (HBF) |
| ) | |
| COMPASS GROUP USA, INC., ) | |
| d/b/a EUREST DINING SERVICES ) | |
| and CARY ORLANDI, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANTS' FINAL PROPOSED WITNESSES

1. Cary Orlandi, Regional Vice President
   Compass Group USA, Inc.
   Eurest Dining Services
   135 Beaver Street
   Waltham, MA 02452

2. George Wybieralla, Regional Controller
   Compass Group USA, Inc.
   Eurest Dining Services
   135 Beaver Street
   Waltham, MA 02452

3. Robert Kelley, Regional Vice President for Vending
   Compass Group USA, Inc.
   155 Industrial Park Road
   Middleton, CT 06457

4. Steven Gaber, Human Resources Manager
   Chartwells School Dining Services
   Compass Group USA, Inc.
   104 Interchange Plaza, Suite 102
   Monroa Township, NJ 08831

5. Christopher Ashcroft, Vice President of Human Resources
   Compass Group USA, Inc.
   2400 Yorkmont Road
   Charlotte, NC 28217

{00052993.DOC /}

6. Steve Berzansky
   Compass Group USA, Inc.
   2400 Yorkmont Road
   Charlotte, NC 28217

7. Edward Baia
   Compass Group USA, Inc.
   Eurest Dining Services
   135 Beaver Street
   Waltham, MA 02452

8. Thomas Hughes
   Compass Group USA, Inc.
   Eurest Dining Services
   135 Beaver Street
   Waltham, MA 02452

9. John Edick
   Compass Group USA, Inc.
   2400 Yorkmont Road
   Charlotte, NC 28217

10. George Thorell, Regional Controller
    Compass Group USA, Inc.
    6 Jennifer Lane
    Auburn, New Hampshire

11. Catherine Cape
    Director of Field Learning
    Morrison Healthcare Food Services
    5801 Peachtree Dunwoody Road
    Atlanta GA, 30342

12. Donald Hopkins
    c/o Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, NC 28217

13. Robert Berg
    c/o Asnuntuck Community College
    43 Currier Way
    Cheshire, CT

14. Kathy Hayes
    1092 High Road
    Kensington, CT

15. Keeper of Records for Host America
    Host America Corporation
    2 Broadway
    Hamden, CT 06518

16. Keeper of Records for Compass Group USA, Inc.
    c/o Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, NC 28217

## **DEFENDANTS' PROPOSED REBUTTAL WITNESSES**

In the event the Court denies Compass' Motion in *Limine* to Exclude Anecdotal Evidence About the Terminations or Demotions of other Former Employees, Compass reserves the right to call the following witnesses to rebut any evidence that other employees were unlawfully terminated by Compass, in addition to any other necessary rebuttal witnesses who could not be identified in advance of trial.

1. James Nichols
   Compass Group USA, Inc.
   Eurest Dining Services
   34 Mayflower Circle
   Waltham, MA 02382

2. John Kenyon
   Compass Group USA, Inc.
   Eurest Dining Services
   135 Beaver Street
   Waltham, MA 02452

3. Will Chizmar
   President, Eurest Division
   Compass Group USA, Inc.
   2400 Yorkmont Road
   Charlotte, North Carolina 28217

4. Michael Fortunado
   President of Corrections
   Compass Group USA, Inc.
   138 Pond Street, Suite 106
   Franklin, MA 02038

5. Larry Gebar, Regional Vice President
   Chartwells K-12 Division
   Compass Group USA, Inc.
   104 Interchange Plaza
   Cranbury, New Jersey 08512

6. Pam Thomas, Manager
   Retirement and Savings Program
   c/o Compass Group USA, Inc.
   2400 Yorkmont Road
   Charlotte, North Carolina 28217

7. Greg Coady, Regional Vice President
   Chartwells Higher Education Division
   Compass Group USA, Inc.
   300 Granite Street, 4th Floor
   Braintree, Massachusetts 02184

8. Keith Cullinan
   President Chartwells Division
   3 International Drive
   Ryebrook, New York 10573

9. Frank Quinn
   Compass Group U.S.A., Inc.
   Eurest Dining Services
   71 First Avenue
   Waltham, Massachusetts 02451

10. Matt Jacobson
    c/o Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, North Carolina 28217

11. Jack C. MacDonald, Chief Executive Officer
    Compass Group Canada
    5560 Explorer Drive - Suite 400
    Mississauga, Ontario
    L4W 5M3

12. Dean Adams
    Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, North Carolina 28217

13. Robert Gould
    Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, North Carolina 28217

14. Joseph Armenti
    Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, North Carolina 28217

15. John Valentine
    Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, North Carolina 28217

16. Charlie Dempsey
    Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, North Carolina 28217

17. Patti Ouellette
    Compass Group USA, Inc.
    2400 Yorkmont Road
    Charlotte, North Carolina 28217

COMPASS GROUP, USA, INC. and
CARY ORLANDI,

By their attorneys,

Christopher A. Kenney, Fed. Bar # CT25017
Margaret H. Paget, Fed. Bar # CT25016
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

                                   _____
                                   Lawrence Peikes (ct07913)
                                   Wiggin and Dana LLP
                                   400 Atlantic Street
                                   P.O. Box 110325
Dated: February 14, 2005           Stamford, CT 06911-03251

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Defendants' Final Proposed Witnesses was served on this 14th day of February, 2005, by Federal Express on:

> Stephen F. McEleney, Esq.
> McEleney & McGrail
> 363 Main Street
> Hartford, CT 06106

_____
Lawrence Peikes