UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

TIMOTHY HAYES,                        )
                                      )
          Plaintiff,                  )
                                      )
v.                                    )          C.A. No.: 3:00 CV 0973 (AHN) (HBF)
                                      )
COMPASS GROUP USA, INC.,              )
d/b/a EUREST DINING SERVICES )
and CARY ORLANDI,                     )
                                      )
          Defendants.                 )
                                      )

### DEFENDANTS' PROPOSED EXHIBIT LIST

| | Date | Bates Number | Description |
|---|---|---|---|
| A. | 1/1996 | COM 45-46 | Dec./Jan. 1996 Hayes Performance Evaluation |
| B. | 2/26/96 | COM 47 | Hayes Employee Profile and Change Form with Effective Date of 4/15/96 |
| C. | 12/23/96 | COM 120-122 | Hayes Performance Evaluation |
| D. | 3/14/97 | Hayes Deposition – Exhibit T | Letter to John F. MacDonald from Cynthia D. LaWare, The Lane Press, Inc. |
| E. | 3/27/97 | Hayes Production | Memo from Hayes to Orlandi re: Electric Boat Account |
| F. | 7/2/97 | Hayes Production | Memo from Hayes to Orlandi re: Electric Boat |
| G. | 8/5/97 | COM 31-44 | Memo from Orlandi to Hayes re: Poor Performing Accounts |
| H. | 8/13/97 | COM 26-30 | OCM Customer Satisfaction Survey:  Dow Jones Account |
| I. | 8/13/97 | COM 25 | Memo from Orlandi to Hayes re: Dow Jones Account |

{00053144.DOC /}

| J. | 9/24/97 | COM 21-24 | Memo from Orlandi to Hayes re: Accounting Practices |
| K. | 9/30/97 | COM 161 | Memo from Orlandi to Hayes re: Financials |
| L. | 10/9/97 | COM 4-5 | Memo from Orlandi to Hayes Regarding Electric Boat |
| M. | 10/13/97 | COM 174-75 | Memo from Hayes to Orlandi re: Electric Boat |
| N. | 10/13/97 | Hayes Deposition – Exhibit P | Memo from Hayes to District Managers re: 1997 Operating Results |
| O. | 10/14/97 | COM 18 | Memo from Hayes to Bob Kelley and Orlandi re: JC Penney |
| P. | 10/16/97 | Hayes Production | Memo from Hayes to Orlandi re: Electric Boat cc:  J. Figueroa |
| Q. | 12/4/97 | Hayes Deposition – Exhibit W | Memo from Robert L. Kelley to Tim Hayes and John Loscuito re:  J.C. Penney |
| R. | 12/8/97 | COM 15-17 | Performance Evaluation of Hayes as Regional Manager |
| S. | 12/15/97 | COM 14 | Memo from Orlandi to Hayes re: 1997 Operating Results |
| T. | 1/12/98 | Hayes Production | Memo Orlandi to Hayes re: 1997 operating results |
| U. | 2/17/98 | COM 0166 | Lost Business interview for Middlesex Community College |
| V. | 3/19/98 | COM 164-66 | Letter to Robert Berg from James Carothers and Orlandi re: Middlesex Community College |

| | | | |
|---|---|---|---|
| W. | 3/25/98 | COM 382 | Memo from Hayes to Orlandi re: Middlesex Community College—Lost Business |
| X. | 4/6/98 | COM 3 | Memo from Cary Orlandi to Steve Gaber re: Hayes cc: Will Chizmar |
| Y. | 5/4/98 | COM 399-402 | Memo from Orlandi to Hayes re: Performance Improvement |
| Z. | 5/27/98 | COM 173 | Letter to Canteen from CT Schools Food Service Directors |
| AA. | 6/1/98 | COM 395 | Letter of Termination to Timothy Hayes |
| BB. | 6/23/98 | COM 181 | Letter from Christopher Ashcroft to Hayes re: Investigation of Termination |
| CC. | 12/98 | D-Confidential 638-41 | Performance appraisal Catherine Cape |
| DD. | 12/7/98 | D-Confidential 642 | Personal fact sheet for Catherine Cape |
| EE. | 12/99 | D-Confidential 643-47 | Performance appraisal Catherine Cape |
| FF. | 12/00 | D-Confidential 649-54 | Performance appraisal Catherine Cape evaluated by Will Chizmar |
| GG. | 1997-2000 | D-Confidential SL 00926 | 1997-2000 PBO Summary |
| HH. | | Host 1-26 | Host America's personnel file for plaintiff |
| II. | | | Declaration of Robert Berg |
| JJ. | Undated | | Compass Group Associate Handbook |
| KK. | 1997- | | P&L Reports for accounts under Hayes's Authority |

|      | 1998    |                                                                              |
|------|---------|------------------------------------------------------------------------------|
| LL.  | 1997    | Ledger sheets reflecting account transfers among accounts under Hayes's authority |
| MM.  | 9/13/97 | Food profitability summary by DMF                                            |

## DEFENDANTS' PROPOSED REBUTTAL EXHIBITS[1]

In the event the Court denies Compass' Motion in *Limine* to Exclude Anecdotal Evidence About the Terminations of Other Former Employees, Compass reserves the right to introduce the following exhibits to rebut any evidence that other employees were unlawfully terminated by Compass.

| NN. | Performance evaluation of Wayne Patick, dated December 21, 1995.[2] |
|-----|---------------------------------------------------------------------|
| OO. | Memo from Cary Orlandi to file re: Wayne Patick, dated October 4, 1996. |
| PP. | Performance evaluation of Wayne Patick, dated December 23, 1996. |
| QQ. | Memo from Cary Orlandi to Ed Baia re: Wayne Patick, dated January 6, 1997. |
| RR. | Memo from Cary Orlandi to Wayne Patick, dated January 13, 1997. |
| SS. | Notes made by Wayne Patick re: State Police Defalcation. |
| TT. | Memo from Wayne Patick to George Thorell re: defalcation, dated January 14, 1997. |
| UU. | Memo from Carpman to Regional Vice Presidents re: State Police Defalcation, dated January 22, 1997. |
| VV. | Memo of Wayne Patick re: Boston Post Office, dated February 1997. |

---

[1]    The defendants are filing a motion in limine seeking to preclude the plaintiff from offering evidence about the circumstances surrounding other employee terminations. Pending the court's ruling on this motion, the defendants request leave to timely supplement their witness and exhibit lists, if necessary, to fairly contest the other allegations that are the subject of the motion in limine.

[2] Exhibits NN-QQQQ are Compass's trial exhibits from Patick v. Compass Group USA, Inc. et al., U.S.D.C. Mass., Civil Action No. 99-CV-10344-WGY.

WW.    Memo of Wayne Patick re: demotion meeting of February 7, 1997.

XX.    Memo from Wayne Patick to Cary Orlandi, dated February 10, 1997.

YY.    Performance evaluation of George Clements, dated September 5, 1997.

ZZ.    Employee Profile Change Form for Mary Civetti, dated September 18, 1997.

AAA.    Memo from Steve Berzansky to Wayne Patick, dated October 16, 1997.

BBB.    Employee Profile Change Notice for Mary Civetti, dated December 2, 1997.

CCC.    Performance evaluation for Mary Civetti, dated December 2, 1997.

DDD.    Employee Profile Change Notice for Wayne Patick, dated January 5, 1997.

EEE.    Performance evaluation for Wayne Patick, dated December 5, 1997.

FFF.    Employee Profile Change Notice for George Clements, dated January 2, 1998.

GGG.    Employee Profile Change Form for George Clements, dated January 2, 1998.

HHH.    Employee Profile Change Notice for Wayne Patick, dated January 1998.

III.    Employee Profile and Change Form for Wayne Patick, dated January 5, 1998.

JJJ.    Account Assignments for Northeast Region "K-12" sector District Managers: 1997-98.

KKK.    Memo from Wright to Steve Gaber re: Terms of Separation Letter, dated May 22, 1998.

LLL.    Wright memo to Steve Gaber re: Terms of Separation Letter, dated May 26, 1998.

MMM.    Letter from Compass to Wayne Patick re: Terms of Separation, dated May 28, 1998.

NNN.    Letter from Wayne Patick to Steve Gaber, dated June 3, 1998.

OOO.    Memo from Steve Berzansky to Larry Gebar, dated June 5, 1998 re: Training Seminars Scheduled for Dan Auger.

PPP.    Memo from Wayne Patick to Cullen, with fax memo to Robert Wolfe, dated June 5, 1998.

QQQ.    Memo from Wayne Patick to Steve Gaber, dated June 11, 1998.

RRR.    Memo from Wayne Patick to Bob Kelley, dated June 12, 1998.

SSS.    Internal Compass Job Posting, dated June 15, 1998.

TTT.    Letter from Canteen to Wayne Patick re: Customer Service Manager Position, dated June 18, 1998.

UUU.    Letter from Compass to Wayne Patick re: retirement plan, dated June 22, 1998.

VVV.    Letter from Compass to Wayne Patick re: Terms of Separation, dated July 27, 1998.

WWW.    Letter from Compass to Patick re: Retirement Plan, dated October 29, 1998.

XXX.    Benefits Calculation from AON, dated October 29, 1998.

YYY.    Letter from Compass to Wayne Patick with Pension check, dated November 4, 1998.

ZZZ.    Compass Group USA, Inc. Severance Policy No. 1420.0.

AAAA.    Compass Group USA, Inc. Pension SPD.

BBBB.    Amendment to the Retirement Plan for Key Executive Employees - 11/29/93.

CCCC.    Wayne Patick's 1998 and 1999 W-2 forms.

DDDD.    Compass Group USA, Inc.'s Human Resources Policy Manual.

EEEE.    Personnel file of Daniel Auger.

FFFF.    Personnel file of Stephen Berzansky.

GGGG.    Personnel file of Mary Civetti.

HHHH.    Personnel file of George Clements.

IIII.    Personnel file of Gerald Jones.

JJJJ.    Personnel file of Robert Kelley.

KKKK.    Wayne Patick's Personnel file, payroll records and benefit information from All Seasons Services, Inc.

LLLL.    Performance Evaluation of Wayne Patick, dated December 5, 1997.

MMMM.  Sales volume and list of accounts for District Managers in Eurest Dining Services Division, K-12 Sector, as of June 1998.

NNNN.  Letter to Wayne Patick from Frank Quinn, dated June 18, 1998.

OOOO.  Severance Worksheet for Wayne Patick.

PPPP.  Performance Evaluation of Mary Civetti, December 2, 1997.

QQQQ.  Performance Evaluation of George Clements, December 2, 1997.

RRRR.  Notice of Dismissal With Prejudice in Patick v. Compass Group USA, Inc. et al., U.S.D.C.  Mass., Civil Action No. 99-CV-10344-WGY.

SSSS.  District Management Performance Appraisal for 1998 for Phil Canning, dated November 28, 1999.[3]

TTTT.  District Management Performance Appraisal for 1998 for Phil Canning, dated November 24, 1998.

UUUU.  Regional Management Performance Appraisal from Jan.-March for Phil Canning, dated March 8, 1999.

VVVV.  Exempt Management Performance Appraisal – Operations for John Kenyon, dated May 5, 1999.

WWWW. District Management Performance Appraisal for 1998 for Edward Baia, dated November 24, 1998.

XXXX.  Exempt Management Performance Appraisal (Regional Manager) for Edward Baia, dated October 11, 1999.

YYYY.  Memorandum from Cary Orlandi to Philip Canning with handwritten notes, dated October 24, 1997.

ZZZZ.  Memorandum from Cary Orlandi to Philip Canning, dated December 10, 1998

AAAAA. Notice of Judgment in Philip Canning v. Compass Group USA, Inc. et al, Middlesex Superior Court, Civil Action No. MICV2000-03579.

BBBBB. Memorandum and Order on Defendants' Motion for Summary Judgment in Paul D'Amico v. Compass Group USA, Inc., United States District Court for the District of Massachusetts, C.A. No.    99-CV-12025-RGS (April 22, 2001) (Stearns, J.).

---

[3] Exhibits SSSS through ZZZZ are Compass's exhibits from trial in Philip Canning v. Compass Group USA, Inc. et al, Middlesex Superior Court, Civil Action No. MICV2000-03579.

{00053144.DOC /}

CCCCC.    Judgment of the United States Court of Appeals for the First Circuit Opinion, No. 02-1800 (December 9, 2002) (Coffin, J).

DDDDD.    Memorandum and Order on Defendants' Motion for Summary Judgment in <u>Paul D'Amico v. Compass Group USA, Inc.</u>, Middlesex Superior Court, CIVIL ACTION NO. 03-0035 F.

EEEEE.    Performance Evaluations and Employee Profile and Change forms completed for plaintiff Paul D'Amico between November 11, 1996 and February 18, 1999. [4]

FFFFF.    Records of Paul D'Amico's treatment at Hampstead Hospital, dated January 29, 1998.

GGGGG.    Medical records of Paul D'Amico's treatment with Hampstead Family Health Care, P.C.

HHHHH.    Relevant portions of the transcript taken from the deposition of Paul D'Amico, dated January 11, 2001 and May 17, 2001.

IIIII.    Paul D'Amico's Answers to Defendants' First Set of Interrogatories.

JJJJJ.    Employee Counseling Report, dated March 23, 1998.

KKKKK.    Memo from Matt Jacobson to Paul D'Amico, dated January 8, 1999.

LLLLL.    Paul D'Amico's written resignation, dated February 18, 1999.

MMMMM.    Severance Agreement offered to Paul D'Amico on March 5, 1999.

NNNNN.    Disclaimer contained in Compass's Human Resources Manual in effect on February 18, 1999.

OOOOO.    Personnel file for Timothy Hayes.

PPPPP.    Personnel file for Cary Orlandi.

QQQQQ.    Personnel file for Saverino Correalle.

RRRRR.    Personnel file for Joseph Wawrzynski.

---

[4] Exhibits EEEEE through NNNNN are exhibits submitted to the court in support of Compass's motion for summary judgment in both <u>Paul D'Amico v. Compass Group USA, Inc.</u> United States District Court for the District of Massachusetts, C.A. No. 99-CV-12025-RGS and <u>Paul D'Amico v. Compass Group USA, Inc.</u>, Middlesex Superior Court, CIVIL ACTION NO. 03-0035 F, which both the federal and state courts granted.

SSSSS.    Personnel file for Wayne Patick.

TTTTT.    Personnel file for Brian Jendrzejczyk.

UUUUU.    Personnel file for Mark Katona.

VVVVV.    Personnel file for Anthony Manganello.

WWWWW.        Personnel file for Philip Canning.

XXXXX.    Personnel file for Thomas Pietrantonio.

YYYYY.    Personnel file for Paul D'Amico.

ZZZZZ.    Personnel file for Mark Hannon.

AAAAAA.        Personnel file for Ann Lavergne.

BBBBBB.        Personnel file for Edward Sanchez.

CCCCCC.        Personnel file for John Edick.

DDDDDD.        Personnel file for George Swenson.

EEEEEE.        Personnel file for George Yundt.

FFFFFF.        Letter from Saverino Correalle to Cary Orlandi, dated May 29, 1997.

GGGGGG.        Email from Edward Sanchez to Cary Orlandi, dated June 12, 2000.

HHHHHH.        Joseph Wawrzynski's Separation Agreement and Release of Claims, dated
        September 23, 1998.

IIIIII.        Letter from Margaret Paget to Joseph Wawrzynski, dated April 25, 2003.

JJJJJJ.        Letter from Joseph Wawrzynski to Lee Ann Wright, dated October 8,
        1999.

KKKKKK.        Letter from Joseph Wawrzynski to Jim Nichols with attachments, dated
        October 13, 1998.

LLLLLL.        Letter from Joseph Wawrzynski to Jim Nichols, dated October 23, 1998.

MMMMMM.        Letter from Jim Nichols to Joseph Wawrzynski, dated November 11,
        1998.

{00053144.DOC /}                                9

NNNNNN.     Joseph Wawrzynski's Acknowledgement of Receiving Terms of
            Separation from Employment with Compass Group USA, Inc.,
            Release of Claims and Confidentiality Agreement, dated September
            23, 1998.

                          COMPASS GROUP, USA, INC. and
                          CARY ORLANDI,
                          By their attorneys,

                          Christopher A. Kenney, Fed. Bar # CT25017
                          Margaret H. Paget, Fed. Bar # CT25016
                          Sherin and Lodgen LLP
                          101 Federal Street
                          Boston, MA 02110
                          (617) 646-2000


                          _____
                          Lawrence Peikes (ct07913)
                          Wiggin and Dana LLP
                          400 Atlantic Street
                          P.O. Box 110325
                          Stamford, CT 06911-03251

Dated: February 14, 2005

{00053144.DOC /}

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Defendants' Proposed Exhibit List was

served on this 14th day of February, 2005, by Federal Express on:

> Stephen F. McEleney, Esq.
> McEleney & McGrail
> 363 Main Street
> Hartford, CT  06106

_____
Lawrence Peikes