UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

| | |
|---|---|
| TIMOTHY HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMPASS GROUP USA, INC., | ) |
| d/b/a EUREST DINING SERVICES | ) |
| and CARY ORLANDI, | ) |
| | ) |
| Defendants. | ) |

## AFFIDAVIT OF COUNSEL IN SUPPORT OF DEFENDANTS' MOTION IN LIMINE TO EXCLUDE ANECDOTAL EVIDENCE ABOUT THE TERMINATIONS OR DEMOTIONS OF OTHER FORMER EMPLOYEES

I, Margaret H. Paget on my oath swear and depose:

1. I am an attorney duly admitted to practice in the Commonwealth of Massachusetts. I am admitted *pro hac vice* in this action to represent defendants Compass Group USA, Inc. and Cary Orlandi.

2. Attached as Exhibit A is a true and accurate copy of excerpts from the Deposition of Timothy Hayes, Volume II, dated July 5, 2001.

3. Attached as Exhibit B is a true and accurate copy of excerpts from the Deposition of Timothy Hayes, Volume I, dated March 8, 2001.

4. Attached as Exhibit C is a true and accurate copy of excerpts from the Deposition of Joseph Wawrzynski in Canning v. Compass Group USA, Inc., dated April 20, 2003.

5. Attached as Exhibit D is a true and accurate copy of a Letter from Saverino Correalle to Cary Orlandi, dated May 29, 1997.

{00053046.DOC /}

6. Attached as Exhibit E is a true and accurate copy of excerpts from the Deposition of Wayne Patick in <u>Patick v. Compass Group USA, Inc.</u>, dated January 27, 2000.

7. Attached as Exhibit F is a true and accurate copy of excerpts of the Deposition of Cary Orlandi in this action, dated March 9, 2001.

8. Attached as Exhibit G is a true and accurate copy of a Settlement and Confidentiality Agreement between Wayne Patick and Compass Group USA, Inc., dated May 3, 2000.

9. Attached as Exhibit H is a true and accurate copy of the Notice of Dismissal With Prejudice in <u>Patick v. Compass Group USA, Inc.</u>, dated May 4, 2000.

10. Attached as Exhibit I is a true and accurate copy of excerpts from the Deposition of Cary Orlandi in <u>Canning v. Compass Group USA, Inc.</u>, dated January 12, 2001.

11. Attached as Exhibit J is a true and accurate copy of Entry of Judgment on Counts I, II, and IV in <u>Canning v. Compass Group USA, Inc.</u>, dated June 9, 2003.

12. Attached as Exhibit K is a true and accurate copy of an Email from Ed Sanchez to Cary Orlandi, dated June 12, 2000.

13. Attached as Exhibit L is a true and accurate copy of a Compass Stop Automatic Pay Form for Anthony Manganello.

Signed under the penalties of perjury this 14th day of February, 2005.

*Margaret Paget*
Margaret H. Paget

{00053046.DOC /}