UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

| | |
|---|---|
| TIMOTHY HAYES, | ) |
| Plaintiff, | ) |
| v. | ) |
| COMPASS GROUP USA, INC., d/b/a EUREST DINING SERVICES and CARY ORLANDI, | ) |
| Defendants. | ) |

## DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE* TO LIMIT TESTIMONY OF ANDREA HAYES

Defendants Compass Group USA, Inc. d/b/a Eurest Dining Services ("Compass") and Cary Orlandi oppose plaintiff, Timothy Hayes' ("Hayes") Motion *in Limine* to exclude testimony about the relationship between Hayes and his current wife, Andrea Hayes prior to their marriage. Hayes has identified Andrea Hayes as one of his witnesses. His relationship with her began as an extra-marital affair while they both worked at Compass. In fact, Compass seeks to introduce evidence showing that Mr. Hayes improperly influenced hiring decisions affecting Andrea Hayes. Compass expects that it will be necessary to introduce evidence concerning Hayes's relationship to Andrea Hayes before they were married for the following purposes: 1) to show Andrea Hayes's bias in favor of her husband; 2) to rebut Hayes's claim of emotional distress, and 3) to demonstrate Hayes's poor overall management and leadership in his position, which Hayes disputes.

Defendants anticipate that Andrea Hayes will testify about Hayes's alleged emotional distress following his termination and the effect that the alleged discrimination had upon him.

{00053537.DOC /}

The Defendants are entitled to fully cross-examine Andrea and to impeach her before the jury. See Fed. R. Evid. 611(b). The Defendants should be allowed to offer evidence of Andrea Hayes's bias and should be permitted to show that Hayes had significant stressors in his life other than any stress he claims to have suffered at the hands of his employer (including the extramarital affair with Andrea Hayes). In addition, Compass expects the evidence to show that the circumstances surrounding the formation of this relationship, including the fact that Hayes was Andrea Hayes's superior at Compass, show Hayes's poor performance as a Regional Manager.

The Plaintiff's Motion should be denied, because it is improper for the Court to limit a witness's testimony in a way that deprives Compass a right to fully cross-examine and impeach one of the plaintiff's witnesses.

**WHEREFORE**, the Defendants request that the Court DENY plaintiff's motion *in limine* regarding the testimony of Andrea Hayes.

COMPASS GROUP, USA, INC. and
CARY ORLANDI,

By their attorneys,

Christopher A. Kenney, Fed. Bar # CT25017
Margaret H. Paget, Fed. Bar # CT25016
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

-and-

Lawrence Peikes
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-03251

Dated: February 16, 2005

{00053537.DOC /}

2