UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

| | |
|---|---|
| TIMOTHY HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMPASS GROUP USA, INC., | ) |
| d/b/a EUREST DINING SERVICES | ) |
| and CARY ORLANDI, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS**

Pursuant to Fed. R. Civ. P. 47(a) and Section 10 of this Court's Pre-Trial Order, defendants Compass Group USA, Inc. ("Compass") and Cary Orlandi ("Orlandi") request that the Court ask the following voir dire questions of potential jurors:

1. Does any prospective juror, or his or her family member, know Timothy Hayes, anyone in his family, or any of the witnesses in this case?

2. Does any prospective juror, or his or her family member, know Cary Orlandi, anyone in his family, or any of the witnesses in this case?

3. Does any prospective juror or family member of a juror work for (or has he or she ever worked for) Compass Group, USA or any of its affiliates or subsidiaries?

4. Has any prospective juror or family member of a juror ever been involved in litigation of any kind involving any of the parties?

5. Has any prospective juror, a member of his or her family, ever claimed to be the victim age discrimination by an employer?

6. Has any prospective juror or family member ever been involved in any lawsuit, as a party or witness, involving allegations of discrimination?

7. Has any prospective juror (or any family member) ever felt that he or she has been unfairly terminated or demoted from a job position?

8. Has any prospective juror ever felt that an employer made an employment decision about him or her, or any family member, based on age?

9. Is any prospective juror a past or present member of a union?

**WHEREFORE,** Defendants request that any juror answering any of the foregoing questions affirmatively be questioned as to the particulars of his or her answer outside the presence of the remaining jurors.

        COMPASS GROUP, USA, INC. and
        CARY ORLANDI,

        By their attorneys,

        Christopher A. Kenney, Fed. Bar # CT25017
        Margaret H. Paget, Fed. Bar # CT25016
        Sherin and Lodgen LLP
        101 Federal Street
        Boston, MA 02110
        (617) 646-2000

        _____
        Lawrence Peikes (ct07913)
        Wiggin & Dana LLP
        400 Atlantic Street
        P.O. Box 110325
        Stamford, CT 06911-03251

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Defendants' Proposed Voir Dire Questions was served on this 16th day of February, 2005, by Federal Express overnight delivery on:

>Stephen F. McEleney, Esq.
>McEleney & McGrail
>363 Main Street
>Hartford, CT  06106

_____
Lawrence Peikes