UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

| | |
|---|---|
| TIMOTHY HAYES, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| COMPASS GROUP USA, INC., d/b/a EUREST DINING SERVICES and CARY ORLANDI, | ) ) ) ) |
| Defendants. | ) ) |

### OBJECTION TO PLAINTIFF'S DESIGNATION OF TESTIMONY FROM THE DEPOSITION OF STEVEN GABER

Pursuant to Fed. R. Civ. P. 32(b) the defendants object to the plaintiff's designation of testimony from the deposition of Steven Gaber, taken on April 25, 2001, as evidence in support of his case-in-chief at the trial of this case. Mr. Gaber is a Human Resources Director with Eurest Dining Services and he is a non-party witness to this proceeding.

Pursuant to Fed. R. Civ. P. 32(a)(2), "[t]he deposition of a <u>party</u> or of anyone who at the time of the taking of the deposition was an <u>officer, director,</u> or <u>managing agent</u>, or a <u>person designated under Rule 30(b)(6)</u> or 31(a) to testify on behalf of a public or private corporation, partnership or association, or governmental agency which is a party may be used by an adverse party for any purpose." (Emphasis added). Mr. Gaber is not a party to this proceeding; nor is he an officer, director, or managing agent, or a person designated to testify on behalf of the defendant, Compass Group USA, Inc. Under Rule 32, therefore, his deposition testimony may only be used to impeach his testimony at trial. See Fed. R. Civ. P. 32(a)(1).

{00053486.DOC /}

WHEREFORE, the Defendants request that the Court limit the use of the deposition testimony of Steven Gaber pursuant to Fed. R. Civ. P. 32.

        COMPASS GROUP, USA, INC. and
CARY ORLANDI,

By their attorneys,

Christopher A. Kenney, Fed. Bar # CT25017
Margaret H. Paget, Fed. Bar # CT25016
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

_____
Lawrence Peikes (ct07913)
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-03251

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Objection to Plaintiff's Designation of Testimony From the Deposition of Steven Gaber was served on this 16th day of February, 2005, by Federal Express overnight delivery on:

>Stephen F. McEleney, Esq.
>McEleney & McGrail
>363 Main Street
>Hartford, CT  06106

_____
Lawrence Peikes