UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

| | |
|---|---|
| TIMOTHY HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMPASS GROUP USA, INC., | ) |
| d/b/a EUREST DINING SERVICES | ) |
| and CARY ORLANDI, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION WITH REGARD TO
DISCLOSURE OF IDENTITY AND ORDER OF WITNESSES**

The defendants, Compass Group USA, Inc. d/b/a Eurest Dining Services and Cary Orlandi move this Honorable Court to order all parties to disclose the identity and order of their witnesses for any given trial day at the conclusion of the previous trial day.

In support of its motion, the defendants state that such an order will assist in the orderly administration of the trial, will enhance the ability of all counsel to be prepared to conduct an efficient and expeditious cross-examination, and will avoid delays created by the unexpected appearance of any given witness. Fed. R. Civ. P. 1.

WHEREFORE, the defendants, moves this Honorable Court to order the disclosure of the identity and order of trial witnesses.

        Respectfully submitted,

        COMPASS GROUP, USA, INC. and
        CARY ORLANDI,

        By their attorneys,

        Christopher A. Kenney, Fed. Bar # CT25017
        Margaret H. Paget, Fed. Bar # CT25016
        Sherin and Lodgen LLP
        101 Federal Street
        Boston, MA 02110
        (617) 646-2000

        _____
        Lawrence Peikes (ct07913)
        Wiggin & Dana LLP
        400 Atlantic Street
        P.O. Box 110325
Dated: February 16, 2005        Stamford, CT 06911-03251

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Defendants' Motion With Regard to Disclosure of Identity and Order of Witness was served on this 16th day of February, 2005, by Federal Express overnight delivery on:

> Stephen F. McEleney, Esq.
> McEleney & McGrail
> 363 Main Street
> Hartford, CT 06106

_____
Lawrence Peikes