UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

C.A. NO.: 3:00 CV 0973 (AHN) (HBF)

| | |
|---|---|
| TIMOTHY HAYES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| COMPASS GROUP USA, INC., | ) |
| d/b/a EUREST DINING SERVICES | ) |
| and CARY ORLANDI, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' MOTION TO EXCLUDE ALL NON-PARTY WITNESSES**

Pursuant to Fed. R. Evid. 615, defendants Compass Group USA, Inc. and Cary Orlandi request that the Court exclude all non-party witnesses from the courtroom throughout the trial. Given the nature of the testimony for which several of these witnesses are being offered, sequestration is appropriate to prevent the influence, either intentional or otherwise, that may occur if each is allowed to hear the testimony of other witnesses.

"A party's request to exclude a witness during trial **must be granted as a matter of right**, unless the witness sought to be excluded fits into one of three exempted categories." Bruneau v. South Kortright Central School District, 163 F.3d 749,762 (2d Cir. 1998). The non-party witnesses in this case do not fall into any of these exempted categories. Rule 615 "seeks to prevent the 'tailoring' of a witness's testimony to that evidence given earlier in the trial and helps to uncover fabrication." Id. In the instant case, much of the testimony being proffered concerns statements allegedly made by Cary Orlandi and actions taken by him. The potential for the "tailoring" of testimony, either intentional or unintentional, in this case is significant.

**WHEREFORE**, the Defendants request that the Court EXCLUDE all non-party witnesses from the courtroom during the trial.

        COMPASS GROUP, USA, INC. and
        CARY ORLANDI,

        By their attorneys,

_____
Christopher A. Kenney, Fed. Bar # CT25017
Margaret H. Paget, Fed. Bar # CT25016
Sherin and Lodgen LLP
101 Federal Street
Boston, MA 02110
(617) 646-2000

_____
Lawrence Peikes (ct07913)
Wiggin & Dana LLP
400 Atlantic Street
P.O. Box 110325
Stamford, CT 06911-03251

Dated: February 16, 2005

## CERTIFICATE OF SERVICE

This is to certify that a true copy of the foregoing Defendants' Motion to Exclude All Non-Party Witnesses was served on this 16th day of February, 2005, by Federal Express overnight delivery on:

>Stephen F. McEleney, Esq.
>McEleney & McGrail
>363 Main Street
>Hartford, CT  06106

>_____
>Lawrence Peikes