UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

TIMOTHY HAYES                :

    v                        :      3:00cv973 (AHN)

COMPASS GROUP USA, INC.      :
CARY ORLANDI

## J U D G M E N T

    Notice having been sent to counsel of record on February 18 2005, by order of the Court indicating that the above-entitled case would be dismissed unless counsel of record filed closing papers on or before February 28, 2005, and

    No closing papers or further requests for action having been received within the time specified, therefore,

    It is ORDERED that this action is dismissed, pursuant to Local Rule 41(b), formerly Local Rule 16(b), without costs to any party and without prejudice to the right of any party thereto to move within 30 days hereof, upon good cause shown, to re-open the case if the settlement has not been consummated.

    Dated at Bridgeport, Connecticut this 8th day of April, 2005.

                              KEVIN F. ROWE, CLERK

                              By /s/ Alice Montz
                                 Deputy Clerk

Entered on Docket_____