UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CIVIL ACTION NO. 3:00 CV 0973 (AHN) (HBF)

TIMOTHY HAYES,

    Plaintiff,

v.

COMPASS GROUP USA, INC. d/b/a
EUREST DINING SERVICES AND
CARY ORLANDI.

    Defendants.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

FILED 2005 MAY -9 P 1:4[?]
U.S. DISTRICT COURT
BRIDGEPORT, CONN.

Pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff Timothy Hayes and defendants Compass Group USA, Inc. and Cary Orlandi resolve this matter by stipulation by dismissal of all claims in this action, with prejudice, without costs, and waiving any rights of appeal.

**TIMOTHY HAYES**

By his attorneys,

_/s/ Stephen F. McEleney_
Stephen F. McEleney, CT 04073
McEleney & McGrail, LLC
363 Main Street
Hartford, Connecticut 06106
Telephone No.: 860.249.1400
Fax No.: 860.549.5865

Dated: April 14, 2005

**COMPASS GROUP USA, INC. d/b/a
EUREST DINING SERVICES AND
CARY ORLANDI**

By their attorneys,

_/s/ Christopher A. Kenney_
Christopher A. Kenney, CT25017
Margaret H. Paget, CT25016
Sherin and Lodgen LLP
101 Federal Street
Boston, Massachusetts 02110
Telephone No.: 617.646.2000
Fax No.: 617.646.2222

00054657.DOC /